**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DUCHESNAY INC. and DUCHESNAY USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES FL, INC., ACTAVIS, INC., and ACTAVIS PHARMA INC., <br><br> Defendants. | C.A. No. 14-912-SLR-SRF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 30, 2015, true and correct copies of Defendants' Disclosure of Claim Terms in Need of Construction and Proposed Constructions were caused to be served on the following counsel via electronic mail:

Mary B. Graham
Derek J. Fahnestock
Thomas Curry
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
dfahnestock@mnat.com
tcurry@mnat.com

Barbara R. Rudolph
Barry W. Graham
Danielle A. Duszczyszyn
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000
barbara.rudolph@finnegan.com
barry.graham@finnegan.com
danielle.duszczyszyn@finnegan.com

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700
charles.lipsey@finnegan.com

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER LLP
2 Seaport Lange
Boston, MA 02210
(617) 646-1600
alissa.lipton@finnegan.com

| | |
|---|---|
| Of Counsel: | */s/ Jason J. Rawnsley* |
| | Steven J. Fineman (#4025) |
| Chad A. Landmon | Jason J. Rawnsley (#5379) |
| Jonathan A. Harris | RICHARDS, LAYTON & FINGER, P.A. |
| Thomas K. Hedemann | 920 North King Street |
| AXINN, VELTROP & HARKRIDER LLP | Wilmington, DE 19899 |
| 90 State House Square | (302) 651-7700 |
| Hartford, Connecticut 06103 | fineman@rlf.com |
| (860) 275-8100 | rawnsley@rlf.com |
| | |
| Dated:  April 30, 2015 | *Attorneys for Defendants Actavis Laboratories FL Inc., Actavis, Inc. and Actavis Pharma Inc.* |