IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DUCHESNAY INC. and DUCHESNAY USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES FL, INC., ACTAVIS, INC., and ACTAVIS PHARMA, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 14-912 (SLR)(SRF) ) ) ) ) ) ) ) |

## JOINT CLAIM CONSTRUCTION STATEMENT

The parties have met and conferred, and present the following Joint Claim Construction Statement pursuant to the Scheduling Order (D.I. 16) entered by the Court on November 3, 2014.

As discovery is still ongoing, the parties reserve the right to supplement, modify, and/or amend these claim constructions. Plaintiffs reserve the right to seek a more specific construction of the terms identified herein if necessary as the case develops.

The construction of the terms or phrases on which the parties agree is attached hereto as Appendix A.

The parties' proposed construction of the disputed term is attached hereto in the Joint Disputed Claim Term Chart as Appendix B.

The parties agree that the remaining claim terms not mentioned herein are to be construed in accordance with their plain meaning.

- 2 -

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Jason J. Rawnsley* |
| Mary B. Graham (#2256) | Steven J. Fineman (#4025) |
| Derek J. Fahnestock (#4705) | Jason J. Rawnsley (#5379) |
| Thomas Curry (#5877) | One Rodney Square |
| 1201 N. Market Street | 920 North King Street |
| P.O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899-1347 | (302) 651-7700 |
| (302) 658-9200 | fineman@rlf.com |
| mgraham@mnat.com | rawnsley@rlf.com |
| dfahnestock@mnat.com | *Attorneys for Actavis Laboratories FL,* |
| tcurry@mnat.com | *Inc., Actavis, Inc. and Actavis Pharma* |
| *Attorneys for Duchesnay Inc.* | *Inc.* |
| *and Duchesnay USA Inc.* | |

OF COUNSEL:                                OF COUNSEL:

Charles E. Lipsey                           Chad A. Landmon
FINNEGAN, HENDERSON, FARABOW,               Jonathan A. Harris
GARRETT & DUNNER, LLP                       Thomas K. Hedemann
Two Freedom Square                          AXINN, VELTROP & HARKRIDER LLP
11955 Freedom Drive                         90 State House Square
Reston, VA 20190-5675                       Hartford, CT 06103
(571) 203-2700                              (860) 275-8100

Barbara R. Rudolph
Barry W. Graham
Danielle A. Duszczyszyn
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA 02210-2001
(617) 646-1600

May 21, 2015
9170336

**APPENDIX A**

**Agreed-Upon Claim Terms or Phrases of U.S. Patent No. 6,340,695**

| Claim Term | Agreed-Upon Construction |
|---|---|
| preamble | Limiting |
| "enterically-coated . . . formulation" | a formulation coated with an enteric coating |
| "enteric coating" | a coating comprising one or more layers generally resistant to disintegration in human gastric fluids, but which will disintegrate in human intestinal fluids, as well as coatings which disintegrate very slowly in human gastric fluids, but more rapidly in human intestinal fluids |
| "at least about [X]% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after [X] minutes of measurement" | at least approximately [X]% of each of doxylamine succinate and pyridoxine hydrochloride is dissolved in relation to starting quantities after [X] minutes |
| "at least about 40% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved within 5 minutes" | at least approximately 40% of each of doxylamine succinate and pyridoxine hydrochloride is dissolved in relation to starting quantities within 5 minutes |

## APPENDIX B

**Disputed Claim Term of U.S. Patent No. 6,340,695**

| Claim Term | Duchesnay's Proposed Construction | Actavis' Proposed Construction |
|---|---|---|
| "rapid onset formulation" | a formulation that rapidly releases the active ingredients at about pH 6.8 as shown by its in vitro dissolution profile | a formulation providing a rapid initiation of action (i.e., relief from symptoms) after transiting through the stomach |
| "dissolution profile"/ "dissolution characteristics" | average results of dissolution testing in which the amount of pyridoxine HCl and doxylamine succinate released is measured in 1000 ml phosphate buffer at pH 6.8 and 37° C using a USP (United Stated Pharmacopeia) type 2 dissolution apparatus at 100 rpm | results of a dissolution test in which the amount of pyridoxine HCl and doxylamine succinate released is measured in 1000 ml phosphate buffer at pH 6.8 and 37° C using a USP (United Stated Pharmacopeia) type 2 dissolution apparatus at 100 rpm |