IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DUCHESNAY INC. and DUCHESNAY USA INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | C.A. No. 14-912 (SLR)(SRF) |
| v. | ) ) | |
| ACTAVIS LABORATORIES FL, INC., ACTAVIS, INC., and ACTAVIS PHARMA, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT APPENDIX

MORRIS, NICHOLS,
ARSHT & TUNNELL LLP
Mary B. Graham (#2256)
Derek J. Fahnestock (#4705)
Thomas Curry (#5877)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
dfahnestock@mnat.com
tcurry@mnat.com
*Attorneys for Duchesnay Inc.*
*and Duchesnay USA Inc.*

OF COUNSEL:

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

RICHARDS, LAYTON & FINGER, P.A.
Steven J. Fineman (#4025)
Jason J. Rawnsley (#5379)
920 North King Street
Wilmington, DE 19899
(302) 651-7700
fineman@rlf.com
rawnsley@rlf.com
*Attorneys for Defendants Actavis Laboratories FL*
*Inc., Actavis, Inc. and Actavis Pharma Inc.*

OF COUNSEL:

Chad A. Landmon
Jonathan A. Harris
Thomas K. Hedemann
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, Connecticut 06103
(860) 275-8100

Barbara R. Rudolph
Barry W. Graham
Danielle A. Duszczyszyn
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA 02210-2001
(617) 646-1600

June 11, 2015
9220594

## INDEX OF EXHIBITS

| TITLE | EXHIBIT |
|---|---|
| U.S. Patent No. 6,340,695 | 1 |
| File History for U.S. Patent No. 6,340,695 | 2 |

# EXHIBIT 1



US006340695B1

(12) **United States Patent**     (10) **Patent No.:**     **US 6,340,695 B1**
Gervais                            (45) **Date of Patent:**     **Jan. 22, 2002**

(54) **RAPID ONSET FORMULATION**

(75) Inventor:   **Eric Gervais**, Laval (CA)

(73) Assignee:   **Duchesnay Inc.**, Laval (CA)

( * ) Notice:    Subject to any disclaimer, the term of this
                 patent is extended or adjusted under 35
                 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/885,051**

(22) Filed:   **Jun. 21, 2001**

(51) **Int. Cl.[7]** .............................................. **A61K 31/44**
(52) **U.S. Cl.** ....................................... **514/345**; 514/357
(58) **Field of Search** ................................. 514/345, 357

(56)              **References Cited**

               U.S. PATENT DOCUMENTS

    6,013,280 A  *  1/2000  Frisbee et al. .............. 424/464

            FOREIGN PATENT DOCUMENTS

CA        2139896      * 11/1996

* cited by examiner

*Primary Examiner*—Raymond Henley, III
(74) *Attorney, Agent, or Firm*—Goudreau Gage Dubuc

(57)              **ABSTRACT**

Provided herein is a novel enterically-coated pyridoxine HCl
and doxylamine succinate rapid onset formulation compris-
ing a disintegrating agent such that the following dissolution
profiles are satisfied when measured in 1000 ml phosphate
buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus
at 100 rpm:

(a) at least about 40% of the total pyridoxine HCl and
    doxylamine succinate is dissolved after 30 minutes of
    measurement;

(b) at least about 70% of the total pyridoxine HCl and
    doxylamine succinate is dissolved after 60 minutes of
    measurement;

(c) at least about 80% of the total pyridoxine HCl and
    doxylamine succinate is dissolved after 90 minutes of
    measurement;

(d) at about 90% of the total pyridoxine HCl and doxy-
    lamine succinate is dissolved after 120 minutes of
    measurement.

Preferably the formulation will contain a core coated with at
least one enteric coating, the core comprising pyridoxine
HCl, doxylamine succinate and the following non-active
excipients: a filler or binder, a disintegrating agent, a lubri-
cant, a silica flow conditioner and a stabilizing agent.

**30 Claims, 2 Drawing Sheets**







US 6,340,695 B1

1

# RAPID ONSET FORMULATION

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a rapid onset formulation, preferably in form of an enterically coated tablet, for a medicament comprising a synergistic duo of active ingredients namely, doxylamine succinate and pyridoxine HCl, hereinafter referred to as "DS-P". DS-P is useful in the treatment of nausea and vomiting, especially, but not limited to, during pregnancy, hereinafter referred to as "NVP". Thus the present invention is concerned with all known and future therapeutic indications of DS-P.

### 2. The Prior Art

Pharmaceutical formulations of DS-P are known. The current formulation, commercially available in Canada under the name Diclectin (Duchesnay Inc.) comprises the following active ingredients: pyridoxine HCl and Doxylamine succinate. It additionally comprises the following excipients: lactose, microcrystalline cellulose, magnesium trisilicate, silicon dioxide and magnesium stearate.

Diclectin is the world's most studied drug in regard to its safety during pregnancy. Because of its excellent safety profile, Diclectin is the drug of choice for the treatment of NVP. The current formulation is sugar coated and suffers from drawbacks, one of which being its delayed onset of action. However, the current formulation once ingested, can take more than 4 hours before the two active ingredients (pyridoxine HCl and doxylamine succinate) reach nearly full dissolution in the small intestines, where it is absorbed. This delay is often considered too long for patients, such as women suffering from NVP, who require urgent relief of symptoms.

Another drawback of the current formulation is related to patient compliance. Women suffering from NVP often complain of hyper olfaction, which means that various odors and tastes can trigger nausea or vomiting problems. The smell and taste of sugar on the current sugar coated formulation as well as the use of organic solvents and phthalates in the preparation of the currently used enteric coating, bothers many pregnant women to the point where the intake of the drug is essentially inhibited.

The size of the currently available tablet is also problematic. A smaller size tablet would improve patient compliance since women suffering from NVP often have problems swallowing. Furthermore, a smaller tablet looks less harmful than a bigger one and patients will have the impression that they are taking a lesser amount of drug. This will in turn significantly increase patient compliance.

Finally, the current formulation contains lactose. This is objectionable for those patients suffering from lactose intolerance.

Thus, it is desirable to provide patients suffering from nausea and vomiting an improved rapid onset formulation overcoming the drawbacks of the prior art.

However, since DS-P is orally delivered as an enteric coated tablet, the novel oral formulation must transit through the stomach unscathed and rapidly release both active ingredients once the dosage form reaches its intended destination, namely the intestines.

The main challenge surmounted by the present invention was to arrive at a dosage form capable of overcoming the drawbacks of the prior art while simultaneously delivering the synergistic duo of active ingredients for rapid onset. It was also important to provide a formulation exhibiting

2

similar dissolution curves for both active ingredients so as to avoid the dissolution of one active ingredient to the detriment of the other. This was important in view of the synergistic therapeutic effect of the duo of active ingredients.

## SUMMARY OF THE INVENTION

In general terms, the invention provides a new aqueous enteric-coated formulation comprising DS-P, the formulation exhibiting a dissolution profile indicative of a rapid onset.

The invention also seeks to provide a pharmaceutical composition having specific in-vitro dissolution profiles indicative of rapid onset of the active ingredients. The pharmaceutical composition being suitable for simple and reproducible manufacture.

Further scope of applicability will become apparent from the detailed description given hereinafter. It should be understood however, that this detailed description, while indicating preferred embodiments of the invention, is given by way of illustration only, since various changes and modifications within the spirit and scope of the invention will become apparent to those skilled in the art.

## DESCRIPTION OF THE DRAWINGS

FIG. 1 depicts two examples of dissolution profiles in accordance to the rapid onset formulation of the present invention in comparison to a dissolution profile of the prior art formulation. The first dissolution profile (example 1) corresponds to a rapid onset formulation from which nearly 100% of both active ingredients is released within 45 minutes. The second dissolution profile (example 2) corresponds to a rapid onset formulation from which approximately 95% of both active ingredients is released within 120 minutes. The last and comparative dissolution profile (prior art) corresponds to the currently available formulation from which approximately 100% of the pyridoxine HCl and approximately 90% of the doxylamine succinate is released within 240 minutes.

FIG. 2 is a schematic flowchart of the preferred manufacturing process of a preferred formulation in accordance with the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

Other objects and attendant features of the present invention will become more readily appreciated, as the same becomes better understood by reference to the following detailed description of a preferred embodiment described for the purpose of illustration.

In a broad sense, the invention provides a rapid onset formulation comprising pyridoxine HCl and doxylamine succinate.

The formulation of the present invention may be used in the human and veterinary fields of medicine whenever symptoms of nausea and/or vomiting require medical intervention. Since the formulation of the present invention is intended for medicinal purposes, then the formulation and its components should be pharmaceutically acceptable. The preferred formulation is in the form of an oral dosage form such as a tablet, pill or encapsulated beads or solution. The most preferred formulation is a tablet.

The tablet of the present invention is preferably capable of transiting through the stomach unscathed. To test this feature, the tablet of the present invention was tested to resist

US 6,340,695 B1

3

disintegration in simulated gastric fluid "SGF" for a minimum period of 1 hour.

In accordance with the present invention, the formulation will satisfy the following dissolution profiles when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm; preferably measured by high performance liquid chromatography:

(a) at least about 40% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 30 minutes of measurement;

(b) at least about 70% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 60 minutes of measurement;

(c) at least about 80% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 90 minutes of measurement;

(d) at least about 90% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 120 minutes of measurement;

In the present invention, any reference to dissolution profile should be construed as referring to the results of a dissolution test in which the amount of pyridoxine HCl and of doxylamine succinate released is measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. using a USP (United States Pharmacopoeia) type 2 dissolution apparatus at 100 rpm; preferably measured by high performance liquid chromatography.

As used herein and in the claims, an "enteric coating" is understood to mean a coating comprising one or more layers generally resistant to disintegration in human gastric fluids, but which will disintegrate in human intestinal fluids, as well as coatings which disintegrate very slowly in human gastric fluids, but more rapidly in human intestinal fluids. In a broad sense, "enteric coating" can encompass for example any seal coat placed on the compressed core of a tablet prior to the enteric coating per se as well as any finishing aesthetic coat placed on the enteric coating per se.

In a most preferred embodiment, the formulation of the present invention contains a core coated with an aqueous enteric coating. The core comprises the active ingredients pyridoxine HCl and doxylamine succinate along with non-active excipients such as a filler or binder, a disintegrating agent, a lubricant, a silica flow conditioner and a stabilizing agent.

Examples of fillers or binders include acacia, alginic acid, calcium phosphate (dibasic), carboxymethylcellulose, carboxymethylcellulose sodium, hydroxyethylcellulose, hydroxypropylcellulose, hydroxypropylmethylcellulose, dextrin, dextrates, sucrose, tylose, pregelatinized starch, calcium sulfate, amylose, glycine, bentonite, maltose, sorbitol, ethylcellulose, disodium hydrogen phosphate, disodium phosphate, disodium pyrosulfite, polyvinyl alcohol, gelatin, glucose, guar gum, liquid glucose, compressible sugar, magnesium aluminum silicate, maltodextrin, polyethylene oxide, polymethacrylates, povidone, sodium alginate, tragacanth, microcrystalline cellulose, starch, and zein. A most preferred filler or binder consists of microcrystalline cellulose.

Examples of disintegrating agents include alginic acid, carboxymethylcellulose, carboxymethylcellulose sodium, hydroxypropylcellulose (low substituted), microcrystalline cellulose, powdered cellulose, colloidal silicon dioxide, sodium croscarmellose, crospovidone, methylcellulose, polacrilin potassium, povidone, sodium alginate, sodium starch glycolate, starch, disodium disulfite, disodium edathamil, disodium edetate, disodiumethylenediaminetet-

4

raacetate (EDTA) crosslinked polyvinylpyrrolidines, pregelatinized starch, carboxymethyl starch, sodium carboxymethyl starch, microcrystalline cellulose. A most preferred disintegrating agent consists of sodium crosscarmellose.

Examples of lubricants include calcium stearate, canola oil, glyceryl palmitostearate, hydrogenated vegetable oil (type I), magnesium oxide, magnesium stearate, mineral oil, poloxamer, polyethylene glycol, sodium lauryl sulfate, sodium stearate fumarate, stearic acid, talc and, zinc stearate, glyceryl behapate, magnesium lauryl sulfate, boric acid, sodium benzoate, sodium acetate, sodium benzoate/sodium acetate (in combination), DL leucine. A most preferred lubricant consists of magnesium stearate.

Examples of silica flow conditioners include colloidal silicon dioxide, magnesium aluminum silicate and guar gum. A most preferred silica flow conditioner consists of silicon dioxide.

Examples of stabilizing agents include acacia, albumin, polyvinyl alcohol, alginic acid, bentonite, dicalcium phosphate, carboxymethylcellulose, hydroxypropylcellulose, colloidal silicon dioxide, cyclodextrins, glyceryl monostearate, hydroxypropyl methylcellulose, magnesium trisilicate, magnesium aluminum silicate, propylene glycol, propylene glycol alginate, sodium alginate, carnauba wax, xanthan gum, starch, stearate(s), stearic acid, stearic monoglyceride and stearyl alcohol. A most preferred stabilizing agent consists of magnesium trisilicate.

In a preferred embodiment, the core of the new rapid onset Diclectin formulation will contain approximately about 4 to 10%, most preferably about 7% by weight of pyridoxine HCl; about 4 to 10%, most preferably about 7% by weight of doxylamine succinate; about 40 to 80%, most preferably about 62% by weight of microcrystalline cellulose; about 10 to 30%, most preferably about 18% by weight of magnesium trisilicate; about 0.5 to 5%, most preferably about 1% by weight of silicon dioxide; 0.5 to 5% most preferably about 3% by weight of sodium croscarmellose and about 0.5 to 5%, most preferably about 3% by weight of magnesium stearate.

EXAMPLE 1

The following is an example of a 145 mg Diclectin rapid onset core formulation:

TABLE 1

| Core Ingredients: | | | |
|---|---|---|---|
| Ingredients | Weight Mg/Tab. | Weight %/Tab. | Batch size 100 kg |
| Doxylamine Succinate | 10.0 | 6.9 | 6.897 |
| Pyridoxine HCl | 10.0 | 6.9 | 6.897 |
| Magnesium trisilicate | 26.4 | 18.2 | 18.207 |
| Microcrystalline Cellulose PH 102 | 90.0 | 62.1 | 62.069 |
| Sodium Croscarmellose Type A | 3.6 | 2.5 | 2.483 |
| Magnesium Stearate | 4.0 | 2.8 | 2.759 |
| Silicon Dioxide NF | 1.0 | 0.7 | 0.690 |
| Total: | 145.0 | 100 | 100 |

The core can then be enterically coated with an aqueous enteric coating which will allow the formulation to transit through the stomach relatively unscathed while allowing rapid dissolution in the intestines.

US 6,340,695 B1

5

The coating formulation can be as follows:

TABLE 2

Coating Formulation

| Ingredients | Weight Mg/Tab. | Weight % | Batch size 100 kg |
|---|---|---|---|
| Seal Coat | | | |
| Opadry ™ Clear YS-1-7472 | 4.82 | 3.33 | 3.327 |
| Purified Water USP | | | |
| Total: | 4.82 | 3.33 | 3.33 |
| Enteric Coat | | | |
| Estacryl ™ 30D Enteric Coating Solution* | 39.58 | 27.29 | 27.294 |
| Talc USP 200 Mesh | 2.85 | 1.97 | 1.968 |
| Polyethylene Glycol 400 USP | 1.20 | 0.83 | 0.826 |
| Antifoam 1520 | 0.12 | 0.08 | 0.081 |
| Purified Water USP | | | |
| Total: | 16.04 | 30.17 | 30.17 |
| Finishing Coat | | | |
| Opadry ™ White YS-1-7003 | 1.61 | 1.11 | 1.108 |
| Purified Water USP | | | |
| Total: | 1.61 | 1.11 | 1.11 |

*Estacryl 30D Enteric Coating Solution contains 30% of solids. Therefore, the total actual enteric coating amounts to 11.07%.

Total coated tablet weight 167.47 mg.

The purpose of the seal coat is to provide a smooth surface for the enteric coating, thereby avoiding mounds, pits or crevasses wherein uneven amounts of enteric coating would be applied.

Dissolution Data

The rapid onset formulation of the previous example has exhibited in-vitro dissolution profiles as shown in Table 3 below, when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm. The numerical values are expressed as percentages of dissolved active ingredient in relation to starting quantities.

TABLE 3

Dissolution profiles

| | Run 1 | Run 2 | Run 3 | Run 4 | Run 5 | Run 6 | Avg. |
|---|---|---|---|---|---|---|---|
| Pyridoxine HCl | | | | | | | |
| 5 minutes | 20 | 2 | 0 | 77 | 79 | 79 | 43 |
| 10 minutes | 91 | 90 | 90 | 91 | 94 | 95 | 92 |
| 15 minutes | 96 | 96 | 94 | 94 | 95 | 96 | 95 |
| 30 minutes | 95 | 98 | 96 | 95 | 98 | 96 | 96 |
| 45 minutes | 97 | 96 | 97 | 94 | 99 | 98 | 97 |
| Doxylamine Succinate | | | | | | | |
| 5 minutes | 17 | 2 | 0 | 70 | 75 | 76 | 40 |
| 10 minutes | 90 | 87 | 89 | 89 | 97 | 96 | 91 |
| 15 minutes | 98 | 97 | 96 | 92 | 98 | 97 | 96 |
| 30 minutes | 97 | 98 | 96 | 94 | 99 | 97 | 97 |
| 45 minutes | 98 | 96 | 98 | 92 | 100 | 99 | 97 |

The extremely low dissolution values obtained after 5 minutes for runs 1 to 3, can be explained by the non-disintegration of the core formulation at the 5 minute interval.

Example of method of manufacture

The formulation of the present invention was prepared using the ingredients shown in Table 1, above. Doxylamine

6

succinate and silicon dioxide NF are pre-blended in a 2 cu. Ft. V-Blender. The resulting pre-blend is then milled through a Quadro Co Mill, Model 196S, equipped with a 40 mesh screen.

Pyridoxine HCl is also milled through a Quadro Co Mill, Model 196S, equipped with a 40 mesh screen. The milled pyridoxine HCl is then combined with the doxylamine / silicon dioxide NF pre-blend and the combined mixture blended.

Microcrystalline Cellulose is milled through a 40 mesh screen and split into two approximately equal portions. One portion is subsequently combined in a 650L Gallay Bin with the previously formed pre-blend containing both the active ingredients, followed by the addition of the second portion. The loaded material is then blended followed by the addition of magnesium trisilicate and sodium croscarmellose. The newly formed mixture is blended. The addition of magnesium stearate followed by an additional blending completes the preparation of the core formulation.

The final blend is compressed in tablet form and is subsequently seal coated, enteric coated using a suitable commercially available aqueous enteric coating and top coated for aesthetics. The overall manufacturing process is depicted in FIG. 2.

All coating steps using the ingredients of Table 2, namely, the seal coat on the core, the enteric coating and the opadry white (color coat) are advantageously performed in a Vector Hi (trade-mark) coater pan equipped with a peristaltic pump.

EXAMPLE 2

The following is another example of a 146 mg Diclectin rapid onset core formulation. The formulation was manufactured along the same manufacturing methods as described above in example 1. This example demonstrates that the rapid onset feature of the formulation of the present invention was obtained with a different group of excipients.

TABLE 4

Core Ingredients:

| Ingredients | Weight Mg/Tab. | Weight %/Tab. |
|---|---|---|
| Doxylamine Succinate | 10.5 | 7.2 |
| Pyridoxine HCl | 10.5 | 7.2 |
| Magnesium trisilicate | 30.0 | 20.6 |
| Microcrystalline Cellulose PH 102 | 65.0 | 44.5 |
| Calcium Phosphate (Dibasic) | 25.0 | 17.1 |
| Magnesium Stearate | 4.0 | 2.7 |
| Colloidal Silicon Dioxide | 1.0 | 0.7 |
| Total: | 146.0 | 100 |

The coating formulation can be as follows:

TABLE 5

Coating Formulation

| Ingredients | Weight/Tablet (Mg) |
|---|---|
| Opadry ™ White YS-1-7003 | 4.38 |
| Antifoam AF Emulsion | 0.07 |
| Sureteric YAE-6-18107 | 16.06 |
| Purified Water USP | |
| Opadry ™ Clear YS-1-7472 | 0.73 |

Total coated tablet weight 167.24 mg.

The rapid onset formulation of the previous example has exhibited in-vitro dissolution profiles as shown in Table 6

US 6,340,695 B1

**7**

below, when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type **2** dissolution apparatus at 100 rpm. The numerical values are expressed as percentages of dissolved active ingredient.

TABLE 6

| | | | Dissolution profiles: | | | | |
|---|---|---|---|---|---|---|---|
| | Run 1 | Run 2 | Run 3 | Run 4 | Run 5 | Run 6 | Avg. |
| Pyridoxine HCl | | | | | | | |
| 15 minutes | 17 | 13 | 25 | 31 | 17 | 22 | 21 |
| 30 minutes | 31 | 28 | 60 | 63 | 36 | 43 | 43 |
| 45 minutes | 51 | 45 | 78 | 80 | 55 | 60 | 61 |
| 60 minutes | 69 | 64 | 88 | 89 | 67 | 72 | 75 |
| 75 minutes | 79 | 76 | 94 | 94 | 77 | 81 | 83 |
| 90 minutes | 84 | 84 | 97 | 97 | 83 | 87 | 89 |
| 105 minutes | 88 | 89 | 98 | 99 | 87 | 90 | 92 |
| 120 minutes | 91 | 93 | 98 | 98 | 89 | 92 | 93 |
| Doxylamine Succinate | | | | | | | |
| 15 minutes | 16 | 14 | 22 | 31 | 47 | 61 | 32 |
| 30 minutes | 31 | 27 | 64 | 63 | 38 | 40 | 44 |
| 45 minutes | 47 | 44 | 75 | 79 | 58 | 61 | 61 |
| 60 minutes | 71 | 61 | 90 | 85 | 68 | 74 | 75 |
| 75 minutes | 76 | 71 | 96 | 89 | 81 | 82 | 82 |
| 90 minutes | 85 | 80 | 101 | 88 | 83 | 81 | 86 |
| 105 minutes | 92 | 86 | 103 | 95 | 93 | 92 | 93 |
| 120 minutes | 93 | 88 | 101 | 96 | 96 | 95 | 95 |

It follows from these results that the novel formulation demonstrates a rapid onset as shown by its dissolution profile. Pyridoxine HCl presents an average dissolution profile of over 90% within 120 minutes of starting the measurements. Similarly, Doxylamine succinate displays an average dissolution profile of over 90% within 120 minutes of starting the measurements.

EXAMPLE 3

(Comparative example using prior art formulation)

The following is an example of the prior art Diclectin formulation. An example for a 146.2 mg tablet is provided. This example demonstrates a strikingly slower onset of dissolution in comparison to the present invention.

TABLE 7

| | Core Ingredients: | |
|---|---|---|
| Ingredients | Weight Mg/Tab. | Weight %/Tab. |
| Pyridoxine HCl | 11.0 | 7.5 |
| Doxylamine Succinate | 10.2 | 7.0 |
| Lactose NF | 25.0 | 17.1 |
| Microcrystalline Cellulose NF | 65.0 | 44.4 |
| Magnesium Trisilicate | 30.0 | 20.6 |
| Silicon Dioxide | 1.0 | 0.7 |
| Magnesium Stearate | 4.0 | 2.7 |
| Total: | 146.2 | 100 |

**8**

The coating formulation is as follows:

TABLE 8

| Coating Formulation |
|---|
| Ingredients |
| Coating Solution No. 714 |
| Coating Powder No. 303 |
| C.A.P. solution 10% |
| C.A.P. solution 5% |
| Gelatin Solution No. 105 |
| Dusting Powder No. 755 |
| White Smoothing Syrup |
| Sugar Syrup No. 111 |
| Opalux AS-7000-B white |
| Wax Solution No. 723 |

The current formulation of the previous example has exhibited in-vitro dissolution profiles as shown in Table 9 below, when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm. The numerical values are expressed as percentages of dissolved active ingredient.

TABLE 9

| | | | Dissolution profiles: | | | | |
|---|---|---|---|---|---|---|---|
| | Run 1 | Run 2 | Run 3 | Run 4 | Run 5 | Run 6 | Avg. |
| Pyridoxine HCl | | | | | | | |
| 15 minutes | 9 | 11 | 18 | 11 | 16 | 12 | 13 |
| 30 minutes | 22 | 23 | 32 | 25 | 28 | 23 | 25 |
| 45 minutes | 37 | 34 | 45 | 39 | 42 | 34 | 38 |
| 60 minutes | 50 | 44 | 56 | 49 | 51 | 44 | 49 |
| 90 minutes | 69 | 63 | 73 | 69 | 67 | 63 | 67 |
| 120 minutes | 83 | 76 | 84 | 82 | 80 | 76 | 80 |
| 150 minutes | 94 | 86 | 91 | 91 | 86 | 86 | 89 |
| 180 minutes | 99 | 94 | 98 | 96 | 93 | 92 | 95 |
| 240 minutes | 93 | 93 | 100 | 100 | 99 | 101 | 98 |
| Doxylamine Succinate | | | | | | | |
| 15 minutes | 12 | 15 | 17 | 8 | 18 | 16 | 14 |
| 30 minutes | 17 | 21 | 31 | 18 | 27 | 30 | 24 |
| 45 minutes | 24 | 32 | 45 | 25 | 38 | 38 | 34 |
| 60 minutes | 34 | 41 | 56 | 36 | 46 | 49 | 44 |
| 90 minutes | 52 | 55 | 69 | 55 | 62 | 66 | 60 |
| 120 minutes | 69 | 65 | 75 | 68 | 71 | 75 | 71 |
| 150 minutes | 80 | 74 | 80 | 78 | 79 | 82 | 79 |
| 180 minutes | 82 | 78 | 86 | 82 | 80 | 84 | 82 |
| 240 minutes | 95 | 89 | 89 | 82 | 80 | 87 | 87 |

It follows from these results that the prior art formulation, exhibits a noticeably slower dissolution pattern when compared with the novel formulations. Indeed, after 90 minutes averages of only 60% doxylamine and 67% pyridoxine HCl are dissolved. A slower in-vivo dissolution profile is indicative of a delayed onset of action. The novel formulations, as depicted by examples 1 and 2, show markedly faster onset dissolution profiles resulting in a rapid onset of action. The new formulations overcome most, if not all of the drawbacks associated with the prior art.

The terms and descriptions used herein are preferred embodiments set forth by way of illustration only, and are not intended as limitations on the many variations which those of skill in the art will recognize to be possible in practicing the present invention. It is the intention that all variants whether presently known or unknown, that do not have a direct effect upon the way the invention works, are to be covered by the following claims.

US 6,340,695 B1

9

What is claimed is:

1. An enterically-coated pyridoxine HCl and doxylamine succinate rapid onset formulation comprising a disintegrating agent such that the following dissolution profiles are satisfied when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm:

    (a) at least about 40% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 30 minutes of measurement;

    (b) at least about 70% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 60 minutes of measurement;

    (c) at least about 80% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 90 minutes of measurement;

    (d) at least about 90% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 120 minutes of measurement.

2. An enterically-coated pyridoxine HCl and doxylamine succinate rapid onset formulation as in claim 1, wherein the following dissolution characteristics are also satisfied when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm:

    (a) at least about 20% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 15 minutes of measurement;

    (b) at least about 60% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 45 minutes of measurement;

    (c) at least about 80% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 75 minutes of measurement.

3. The rapid onset formulation of claim 1, wherein at least about 40% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved within 5 minutes when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm.

4. The rapid onset formulation of claim 2, wherein at least about 40% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved within 5 minutes when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm.

5. The rapid onset formulation of claim 1, wherein said formulation contains a core coated with at least one enteric coating, said core comprising pyridoxine HCl, doxylamine succinate and the following non-active excipients: a filler or binder, a disintegrating agent, a lubricant, a silica flow conditioner and a stabilizing agent.

6. The rapid onset formulation of claim 2, wherein said formulation contains a core coated with at least one enteric coating, said core comprising pyridoxine HCl, doxylamine succinate and the following non-active excipients: a filler or binder, a disintegrating agent, a lubricant, a silica flow conditioner and a stabilizing agent.

7. The rapid onset formulation of claim 5, wherein said filler or binder consists of microcrystalline cellulose.

8. The rapid onset formulation of claim 6, wherein said filler or binder consists of microcrystalline cellulose.

9. The rapid onset formulation of claim 5, wherein said disintegrating agent consists of sodium croscarmellose.

10. The rapid onset formulation of claim 6, wherein said disintegrating agent consists of sodium croscarmellose.

11. The rapid onset formulation of claim 5, wherein said lubricant consists of magnesium stearate.

12. The rapid onset formulation of claim 6, wherein said lubricant consists of magnesium stearate.

10

13. The rapid onset formulation of claim 5, wherein said silica flow conditioner consists of silicon dioxide.

14. The rapid onset formulation of claim 6, wherein said silica flow conditioner consists of silicon dioxide.

15. The rapid onset formulation of claim 5, wherein said stabilizing agent consists of magnesium trisilicate.

16. The rapid onset formulation of claim 6, wherein said stabilizing agent consists of magnesium trisilicate.

17. The rapid onset formulation of claim 1, wherein said core comprises:

    (a) about 4–10% by weight of pyridoxine HCl;

    (b) about 4–10% by weight of doxylamine succinate;

    (c) about 40–80% by weight of microcrystalline cellulose;

    (d) about 10–30% by weight of magnesium trisilicate;

    (e) about 0.5–5% by weight of silicon dioxide;

    (f about 0.5–5% by weight of sodium croscarmellose; and

    (g) about 0.5–5% by weight of magnesium stearate.

18. The rapid onset formulation of claim 2, wherein said core comprises:

    (a) about 4–10% by weight of pyridoxine HCl;

    (b) about 4–10% by weight of doxylamine succinate;

    (c) about 40–80% by weight of microcrystalline cellulose;

    (d) about 10–30% by weight of magnesium trisilicate;

    (e) about 0.5–5% by weight of silicon dioxide;

    (f) about 0.5–5% by weight of sodium croscarmellose; and

    (g) about 0.5–5% by weight of magnesium stearate.

19. The rapid onset formulation of claim 17, wherein said core comprises:

    (a) about 7% by weight of pyridoxine HCl;

    (b) about 7% by weight of doxylamine succinate;

    (c) about 62% by weight of microcrystalline cellulose;

    (d) about 18% by weight of magnesium trisilicate;

    (e) about 1% by weight of silicon dioxide;

    (f) about 3% by weight of sodium croscarmellose; and

    (g) about 3% by weight of magnesium stearate.

20. The rapid onset formulation of claim 18, wherein said core comprises:

    (a) about 7% by weight of pyridoxine HCl;

    (b) about 7% by weight of doxylamine succinate;

    (c) about 62% by weight of microcrystalline cellulose;

    (d) about 18% by weight of magnesium trisilicate;

    (e) about 1% by weight of silicon dioxide;

    (f) about 3% by weight of sodium croscarmellose; and

    (g) about 3% by weight of magnesium stearate.

21. The rapid onset formulation of claim 5, wherein said enteric coating(s) is (are) aqueous based.

22. The rapid onset formulation of claim 6, wherein said enteric coating(s) is (are) aqueous based.

23. The rapid onset formulation of claim 21, wherein said enteric coating consists of a seal coat applied to the core, an enteric coating per se applied on the seal coat and an aesthetic top coat applied on the enteric coating per se.

24. The rapid onset formulation of claim 22, wherein said enteric coating consists of a seal coat applied to the core, an enteric coating per se applied on the seal coat and an aesthetic top coat applied on the enteric coating per se.

25. A method of treating nausea and vomiting comprising administering a therapeutically effective amount of the rapid onset formulation of claim 1 to a patient in need thereof.

26. A method of treating nausea and vomiting comprising administering a therapeutically effective amount of the rapid onset formulation of claim 2 to a patient in need thereof.

US 6,340,695 B1

11

**27**. A method of treating nausea and vomiting during pregnancy comprising administering a therapeutically effective amount of the rapid onset formulation of claim **1**.

**28**. A method of treating nausea and vomiting during pregnancy comprising administering a therapeutically effective amount of the rapid onset formulation of claim **2**.

12

**29**. A medicament for attenuating the symptoms associated with nausea and vomiting consisting essentially of the formulation of claim **5**.

**30**. A medicament for attenuating the symptoms associated with nausea and vomiting consisting essentially of the formulation of claim **6**.

\*  \*  \*  \*  \*

# EXHIBIT 2



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

October 15, 2014

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER:  *09/885,051*
FILING DATE:  *June 21, 2001*
PATENT NUMBER:  *6,340,695*
ISSUE DATE:  *January 22, 2002*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER
Certifying Officer

DCH-0000001

6340695

6340695

## U.S. **UTILITY** Patent Application

M.S. **O.I.P.E.**

SCANNED _KCZ_ Q.A. **AA**   **PATENT DATE** JAN 22 2002

| APPLICATION NO. | CONT./PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 09/885051 | | 514 | | 1614 | |

APPLICANTS

TITLE - _Ripid Onset Formulation_

PTO-2040
12/99

## ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | |
|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
| 514 | 345 | 514 | 357 | | | | |

**INTERNATIONAL CLASSIFICATION**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A61K | 31/44 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

☐ Continued on Issue Slip Inside File Jacket

Formal Drawings  02

| ☐ **TERMINAL DISCLAIMER** | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 2 | 2 | None | 30 | 1 |

☐ The term of this patent subsequent to _____ (date) has been disclaimed.

☐ The term of this patent shall not extend beyond the expiration date of U.S Patent. No. _____

☐ The terminal ____ months of this patent have been disclaimed.

(Assistant Examiner)    (Date)

RAYMOND HENLEY III
PRIMARY EXAMINER
GROUP 1600
(Primary Examiner)    8/17/01 (Date)

F. TUCK    8/31/01
(Legal Instruments Examiner)    (Date)

**NOTICE OF ALLOWANCE MAILED**

8 22 01

**ISSUE FEE**    CW

| Amount Due | Date Paid |
|---|---|
| 1240-00 | 11-15-01 |

**ISSUE BATCH NUMBER**

K86

WARNING:
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 6/99)

FILED WITH: ☐ DISK (CRF)  ☐ FICHE  ☐ CD-ROM
(Attached in pocket on right inside flap)

ISSUE FEE IN FILE

Formal Drawings( ___ shts)set

(FACE)

DCH-0000002

PATENT  APPLICATION  SERIAL  NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

06/22/2001 TGEDAMU1 00000078 09885051

01 FC:201                             355.00 OP
02 FC:203                              90.00 OP

PTO-1556
(5/87)

*U.S. GPO: 1999-459-082/19144

DCH-0000003

UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
Washington, D.C. 20231
www.uspto.gov

**CONFIRMATION NO. 3638**

Bib Data Sheet

| SERIAL NUMBER 09/885,051 | FILING DATE 06/21/2001 RULE | CLASS 514 | GROUP ART UNIT 1614 | ATTORNEY DOCKET NO. AML/11621.20 |
|---|---|---|---|---|

**APPLICANTS**
Eric Gervais, Laval, CANADA;

** CONTINUING DATA *************************

** FOREIGN APPLICATIONS ********************

IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** SMALL ENTITY **
** 08/13/2001

| Foreign Priority claimed ☐ yes ☑ no | STATE OR COUNTRY CANADA | SHEETS DRAWING 2 | TOTAL CLAIMS 30 | INDEPENDENT CLAIMS 1 |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☑ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged  Examiner's Signature   Initials | | | | |

**ADDRESS**

AIR MAIL

Goudreau Gage Dubuc
Stock Exchange Tower-Suite 3400
800 Square- Victoria
P.O. Box 242
Montreal ,QC H7L 4W9
CANADA

**TITLE**

Rapid onset formulation

| FILING FEE RECEIVED 445 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

DCH-0000004

# UTILITY PATENT APPLICATION TRANSMITTAL
## (Small Entity)

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| Docket No. |
| AML/11621.20 |

| Total Pages in this Submission |
| 31 |

### TO THE ASSISTANT COMMISSIONER FOR PATENTS
**Box Patent Application**
**Washington, D.C. 20231**

Transmitted herewith for filing under 35 U.S.C. 111(a) and 37 C.F.R. 1.53(b) is a new utility patent application for the invention entitled:

RAPID ONSET FORMULATION

and invented by:

Éric Gervais

If a CONTINUATION APPLICATION, *check appropriate box and supply the requisite information:*

☐ **Continuation**   ☐ **Divisional**   ☐ **Continuation-in-part (CIP)**   of prior application No.: _____

Which is a:

☐ **Continuation**   ☐ **Divisional**   ☐ **Continuation-in-part (CIP)**   of prior application No.: _____

Which is a:

☐ **Continuation**   ☐ **Divisional**   ☐ **Continuation-in-part (CIP)**   of prior application No.: _____

Enclosed are:

## Application Elements

1. ☒   Filing fee as calculated and transmitted as described below

2. ☒   Specification having _____ 20 _____ pages and including the following:

   a. ☒   Descriptive Title of the Invention

   b. ☐   Cross References to Related Applications *(if applicable)*

   c. ☐   Statement Regarding Federally-sponsored Research/Development *(if applicable)*

   d. ☐   Reference to Microfiche Appendix *(if applicable)*

   e. ☒   Background of the Invention

   f. ☒   Brief Summary of the Invention

   g. ☒   Brief Description of the Drawings *(if drawings filed)*

   h. ☒   Detailed Description

   i. ☒   Claim(s) as Classified Below

   j. ☒   Abstract of the Disclosure

P01USML/REV04

DCH-0000005

# UTILITY PATENT APPLICATION TRANSMITTAL
## (Small Entity)
*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

Docket No.
**AML/11621.20**

Total Pages in this Submission
**31**

## Application Elements (Continued)

3. ☒ Drawing(s) *(when necessary as prescribed by 35 USC 113)*

    a. ☐ Formal    b. ☒ Informal     Number of Sheets      2

4. ☒ Oath or Declaration

    a. ☒ Newly executed *(original or copy)*     ☐ Unexecuted

    b. ☐ Copy from a prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*

    c. ☒ With Power of Attorney     ☐ Without Power of Attorney

    d. ☐ *DELETION OF INVENTOR(S)*
         Signed statement attached deleting inventor(s) named in the prior application,
         see 37 C.F.R. 1.63(d)(2) and 1.33(b).

5. ☐ Incorporation By Reference *(usable if Box 4b is checked)*
     The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied under Box 4b, is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

6. ☐ Computer Program in Microfiche

7. ☐ Genetic Sequence Submission *(if applicable, all must be included)*

    a. ☐ Paper Copy

    b. ☐ Computer Readable Copy

    c. ☐ Statement Verifying Identical Paper and Computer Readable Copy

## Accompanying Application Parts

8. ☒ Assignment Papers *(cover sheet & documents)*

9. ☐ 37 CFR 3.73(b) Statement *(when there is an assignee)*

10. ☐ English Translation Document *(if applicable)*

11. ☐ Information Disclosure Statement/PTO-1449     ☐ Copies of IDS Citations

12. ☐ Preliminary Amendment

13. ☒ Acknowledgment postcard

14. ☐ Certificate of Mailing

         ☐ First Class    ☐ Express Mail *(Specify Label No.):*

P01USML/REV04

DCH-0000006

| UTILITY PATENT APPLICATION TRANSMITTAL (Small Entity) *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Docket No. AML/11621.20 |
| --- | --- |
| | Total Pages in this Submission 31 |

## Accompanying Application Parts (Continued)

15. ☐ Certified Copy of Priority Document(s) *(if foreign priority is claimed)*

16. ☐ Small Entity Statement(s) - Specify Number of Statements Submitted: _____

17. ☐ Additional Enclosures *(please identify below):*

## Request That Application Not Be Published Pursuant To 35 U.S.C. 122(b)(2)

18. ☐ Pursuant to 35 U.S.C. 122(b)(2), Applicant hereby requests that this patent application not be published pursuant to 35 U.S.C. 122(b)(1). Applicant hereby certifies that the invention disclosed in this application has not and will not be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication of applications 18 months after filing of the application.

### Warning

*An applicant who makes a request not to publish, but who subsequently files in a foreign country or under a multilateral international agreement specified in 35 U.S.C. 122(b)(2)(B)(i), must notify the Director of such filing not later than 45 days after the date of the filing of such foreign or international application. A failure of the applicant to provide such notice within the prescribed period shall result in the application being regarded as abandoned, unless it is shown to the satisfaction of the Director that the delay in submitting the notice was unintentional.*

P01USML/REV04

DCH-0000007

| UTILITY PATENT APPLICATION TRANSMITTAL (Small Entity) *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Docket No. **AML/11621.20** |
|---|---|
| | Total Pages in this Submission **31** |

### Fee Calculation and Transmittal

#### CLAIMS AS FILED

| For | #Filed | #Allowed | #Extra | Rate | Fee |
|---|---|---|---|---|---|
| Total Claims | 30 | - 20 = | 10 | x   $9.00 | $90.00 |
| Indep. Claims | 1 | - 3 = | 0 | x   $40.00 | $0.00 |
| Multiple Dependent Claims (check if applicable)   ☐ | | | | | $0.00 |
| | | | | **BASIC FEE** | $355.00 |
| OTHER FEE *(specify purpose)* | | Assignment | | | $40.00 |
| | | | | **TOTAL FILING FEE** | $485.00 |

☒ A check in the amount of   **$485.00**   to cover the filing fee is enclosed.

☒ The Commissioner is hereby authorized to charge and credit Deposit Account No.   **07-1742**
as described below.  A duplicate copy of this sheet is enclosed.

    ☐ Charge the amount of   as filing fee.

    ☒ Credit any overpayment.

    ☒ Charge any additional filing fees required under 37 C.F.R. 1.16 and 1.17.

    ☐ Charge the issue fee set in 37 C.F.R. 1.18 at the mailing of the Notice of Allowance,
       pursuant to 37 C.F.R. 1.311(b).

Dated:

                                           *Signature*

       Marc Lupien (30461)

CC:

P01USML/REV04

DCH-0000008

- 1 -

## TITLE OF THE INVENTION
RAPID ONSET FORMULATION

## BACKGROUND OF THE INVENTION

5

### FIELD OF THE INVENTION

The present invention relates to a rapid onset formulation, preferably in form of an enterically coated tablet, for a medicament comprising a synergistic duo of active ingredients namely, doxylamine succinate and pyridoxine HCl, hereinafter referred to as "DS-P". DS-P is useful in the treatment of nausea and vomiting, especially, but not limited to, during pregnancy, hereinafter referred to as "NVP". Thus the present invention is concerned with all known and future therapeutic indications of DS-P.

### THE PRIOR ART

Pharmaceutical formulations of DS-P are known. The current formulation, commercially available in Canada under the name Diclectin (Duchesnay Inc.) comprises the following active ingredients: pyridoxine HCl and Doxylamine succinate. It additionally comprises the following excipients: lactose, microcrystalline cellulose, magnesium trisilicate, silicon dioxide and magnesium stearate.

Diclectin is the world's most studied drug in regard to its safety during pregnancy. Because of its excellent safety profile, Diclectin is the drug of choice for the treatment of NVP. The current formulation is sugar coated and suffers from drawbacks, one of which being its delayed onset of action. However, the current formulation once ingested, can take more than 4 hours before the two active ingredients (pyridoxine HCl and doxylamine succinate) reach nearly full dissolution in the small intestines, where it is absorbed. This delay is often considered too long for patients, such as women suffering from NVP, who require urgent relief of symptoms.

Another drawback of the current formulation is related to patient compliance. Women suffering from NVP often complain of hyper olfaction, which means that various odors and tastes can trigger nausea or vomiting problems. The smell and taste of sugar on the current sugar coated formulation as well as the use of organic solvents and phthalates in the preparation of the currently used enteric coating, bothers many pregnant women to the point where the intake of the drug is essentially inhibited.

2

DCH-0000009

- 2 -

The size of the currently available tablet is also problematic.  A smaller size tablet would improve patient compliance since women suffering from NVP often have problems swallowing.  Furthermore, a smaller tablet looks less harmful than a bigger one and patients will have the impression that they are taking a lesser amount of drug.  This will
5   in turn significantly increase patient compliance.

Finally, the current formulation contains lactose.  This is objectionable for those patients suffering from lactose intolerance.

10   Thus, it is desirable to provide patients suffering from nausea and vomiting an improved rapid onset formulation overcoming the drawbacks of the prior art.

However, since DS-P is orally delivered as an enteric coated tablet, the novel oral formulation must transit through the stomach unscathed and rapidly release both active
15   ingredients once the dosage form reaches its intended destination, namely the intestines.

The main challenge surmounted by the present invention was to arrive at a dosage form capable of overcoming the drawbacks of the prior art while simultaneously delivering the
20   synergistic duo of active ingredients for rapid onset.  It was also important to provide a formulation exhibiting similar dissolution curves for both active ingredients so as to avoid the dissolution of one active ingredient to the detriment of the other.  This was important in view of the synergistic therapeutic effect of the duo of active ingredients.

25   **SUMMARY OF THE INVENTION**
In general terms, the invention provides a new aqueous enteric-coated formulation comprising DS-P, the formulation exhibiting a dissolution profile indicative of a rapid onset.

30   The invention also seeks to provide a pharmaceutical composition having *specific in-vitro* dissolution profiles indicative of rapid onset of the active ingredients.  The pharmaceutical composition being suitable for simple and reproducible manufacture.

3

DCH-0000010

- 3 -

Further scope of applicability will become apparent from the detailed description given hereinafter. It should be understood however, that this detailed description, while indicating preferred embodiments of the invention, is given by way of illustration only, since various changes and modifications within the spirit and scope of the invention will
5   become apparent to those skilled in the art.

## DESCRIPTION OF THE DRAWINGS

Figure 1 depicts two examples of dissolution profiles in accordance to the rapid onset formulation of the present invention in comparison to a dissolution profile of the prior art
10   formulation. The first dissolution profile (example 1) corresponds to a rapid onset formulation from which nearly 100% of both active ingredients is released within 45 minutes. The second dissolution profile (example 2) corresponds to a rapid onset formulation from which approximately 95% of both active ingredients is released within 120 minutes. The last and comparative dissolution profile (prior art) corresponds to the
15   currently available formulation from which approximately 100% of the pyridoxine HCl and approximately 90% of the doxylamine succinate is released within 240 minutes.

Figure 2 is a schematic flowchart of the preferred manufacturing process of a preferred formulation in accordance with the present invention.
20

## DETAILED DESCRIPTION OF THE INVENTION

Other objects and attendant features of the present invention will become readily appreciated, as the same becomes better understood by reference to the following detailed description of a preferred embodiment described for the purpose of illustration.
25

In a broad sense, the invention provides a rapid onset formulation comprising pyridoxine HCl and doxylamine succinate.

The formulation of the present invention may be used in the human and veterinary fields
30   of medicine whenever symptoms of nausea and/or vomiting require medical intervention. Since the formulation of the present invention is intended for medicinal purposes, then the formulation and its components should be pharmaceutically acceptable. The preferred formulation is in the form of an oral dosage form such as a tablet, pill or encapsulated beads or solution. The most preferred formulation is a tablet.
35

DCH-0000011

- 4 -

The tablet of the present invention is preferably capable of transiting through the stomach unscathed.  To test this feature, the tablet of the present invention was tested to resist disintegration in simulated gastric fluid "SGF" for a minimum period of 1 hour.

5    In accordance with the present invention, the formulation will satisfy the following dissolution profiles when measured in 1000 ml phosphate buffer at pH 6.8 and 37°C in a type 2 dissolution apparatus at 100 rpm; preferably measured by high performance liquid chromatography:

(a)    at least about 40% of the total amounts of each of pyridoxine HCl and
10          doxylamine succinate are dissolved after 30 minutes of measurement;

(b)    at least about 70% of the total amounts of each of pyridoxine HCl and
            doxylamine succinate are dissolved after 60 minutes of measurement;

(c)    at least about 80% of the total amounts of each of pyridoxine HCl and
            doxylamine succinate are dissolved after 90 minutes of measurement;

15  (d)    at least about 90% of the total amounts of each of pyridoxine HCl and
            doxylamine succinate are dissolved after 120 minutes of measurement;

In the present invention, any reference to dissolution profile should be construed as referring to the results of a dissolution test in which the amount of pyridoxine HCl and of doxylamine succinate released is measured in 1000 ml phosphate buffer at pH 6.8 and
20  37°C using a USP (United States Pharmacopoeia) type 2 dissolution apparatus at 100 rpm; preferably measured by high performance liquid chromatography.

As used herein and in the claims, an "enteric coating" is understood to mean a coating
25  comprising one or more layers generally resistant to disintegration in human gastric fluids, but which will disintegrate in human intestinal fluids, as well as coatings which disintegrate very slowly in human gastric fluids, but more rapidly in human intestinal fluids.  In a broad sense, "enteric coating" can encompass for example any seal coat placed on the compressed core of a tablet prior to the enteric coating *per se* as well as
30  any finishing aesthetic coat placed on the enteric coating *per se*.

In a most preferred embodiment, the formulation of the present invention contains a core coated with an aqueous enteric coating.  The core comprises the active ingredients pyridoxine HCl and doxylamine succinate along with non-active excipients such as a

DCH-0000012

- 5 -

filler or binder, a disintegrating agent, a lubricant, a silica flow conditioner and a stabilizing agent.

Examples of fillers or binders include acacia, alginic acid, calcium phosphate (dibasic),
5  carboxymethylcellulose, carboxymethylcellulose sodium, hydroxyethylcellulose, hydroxypropylcellulose, hydroxypropylmethylcellulose, dextrin, dextrates, sucrose, tylose, pregelatinized starch, calcium sulfate, amylose, glycine, bentonite, maltose, sorbitol, ethylcellulose, disodium hydrogen phosphate, disodium phosphate, disodium pyrosulfite, polyvinyl alcohol, gelatin, glucose, guar gum, liquid glucose, compressible
10  sugar, magnesium aluminum silicate, maltodextrin, polyethylene oxide, polymethacrylates, povidone, sodium alginate, tragacanth, microcrystalline cellulose, starch, and zein.  A most preferred filler or binder consists of microcrystalline cellulose.

Examples of disintegrating agents include alginic acid, carboxymethylcellulose,
15  carboxymethylcellulose sodium, hydroxypropylcellulose (low substituted), microcrystalline cellulose, powdered cellulose, colloidal silicon dioxide, sodium croscarmellose, crospovidone, methylcellulose, polacrilin potassium, povidone, sodium alginate, sodium starch glycolate, starch, disodium disulfite, disodium edathamil, disodium edetate, disodiumethylenediaminetetraacetate (EDTA) crosslinked
20  polyvinylpyrollidines, pregelatinized starch, carboxymethyl starch, sodium carboxymethyl starch, microcrystalline cellulose.  A most preferred disintegrating agent consists of sodium crosscarmelose.

Examples of lubricants include calcium stearate, canola oil, glyceryl palmitostearate,
25  hydrogenated vegetable oil (type I), magnesium oxide, magnesium stearate, mineral oil, poloxamer, polyethylene glycol, sodium lauryl sulfate, sodium stearate fumarate, stearic acid, talc and, zinc stearate, glyceryl behapate, magnesium lauryl sulfate, boric acid, sodium benzoate, sodium acetate, sodium benzoate/sodium acetate (in combination), DL leucine.  A most preferred lubricant consists of magnesium stearate.

30

Examples of silica flow conditioners include colloidal silicon dioxide, magnesium aluminum silicate and guar gum.  A most preferred silica flow conditioner consists of silicon dioxide.

DCH-0000013

- 6 -

Examples of stabilizing agents include acacia, albumin, polyvinyl alcohol, alginic acid, bentonite, dicalcium phosphate, carboxymethylcellulose, hydroxypropylcellulose, colloidal silicon dioxide, cyclodextrins, glyceryl monostearate, hydroxypropyl methylcellulose, magnesium trisilicate, magnesium aluminum silicate, propylene glycol,

5    propylene glycol alginate, sodium alginate, carnauba wax, xanthan gum, starch, stearate(s), stearic acid, stearic monoglyceride and stearyl alcohol.  A most preferred stabilizing agent consists of magnesium trisilicate.

In a preferred embodiment, the core of the new rapid onset Diclectin formulation will

10   contain approximately about 4 to 10%, most preferably about 7% by weight of pyridoxine HCl; about 4 to10%, most preferably about 7% by weight of doxylamine succinate; about 40 to 80%, most preferably about 62% by weight of microcrystalline cellulose; about 10 to 30%, most preferably about 18% by weight of magnesium trisilicate; about 0.5 to 5%, most preferably about 1% by weight of silicon dioxide; 0.5 to 5% most preferably about

15   3% by weight of sodium croscarmellose and about 0.5 to 5%, most preferably about 3% by weight of magnesium stearate.

7

DCH-0000014

- 7 -

### Example 1

The following is an example of a 145 mg Diclectin rapid onset core formulation:

**Table 1: Core Ingredients:**

| Ingredients | Weight Mg/Tab. | Weight % / Tab. | Batch size 100 kg |
|---|---|---|---|
| Doxylamine Succinate | 10.0 | 6.9 | 6.897 |
| Pyridoxine HCl | 10.0 | 6.9 | 6.897 |
| Magnesium trisilicate | 26.4 | 18.2 | 18.207 |
| Microcrystalline Cellulose PH 102 | 90.0 | 62.1 | 62.069 |
| Sodium Croscarmellose Type A | 3.6 | 2.5 | 2.483 |
| Magnesium Stearate | 4.0 | 2.8 | 2.759 |
| Silicon Dioxide NF | 1.0 | 0.7 | 0.690 |
| Total: | 145.0 | 100 | 100 |

5      The core can then be enterically coated with an aqueous enteric coating which will allow the formulation to transit through the stomach relatively unscathed while allowing rapid dissolution in the intestines.

10     The coating formulation can be as follows:

**Table 2: Coating Formulation**

| Ingredients | Weight Mg/Tab. | Weight % | Batch size 100kg |
|---|---|---|---|
| Seal Coat | | | |
| Opadry™ Clear YS-1-7472 | 4.82 | 3.33 | 3.327 |
| Purified Water USP | | | |
| Total: | 4.82 | 3.33 | 3.33 |

DCH-0000015

- 8 -

| Enteric Coat | | | |
|---|---|---|---|
| Estacryl™ 30D Enteric Coating Solution* | 39.58 | 27.29 | 27.294 |
| Talc USP 200 Mesh | 2.85 | 1.97 | 1.968 |
| Polyethylene Glycol 400 USP | 1.20 | 0.83 | 0.826 |
| Antifoam 1520 | 0.12 | 0.08 | 0.081 |
| Purified Water USP | | | |
| Total: | 16.04 | 30.17 | 30.17 |
| Finishing Coat | | | |
| Opadry™ White YS-1-7003 | 1.61 | 1.11 | 1.108 |
| Purified Water USP | | | |
| Total: | 1.61 | 1.11 | 1.11 |

*Estacryl 30D Enteric Coating Solution contains 30% of solids. Therefore, the total actual enteric coating amounts to 11.07%.

5     Total coated tablet weight 167.47 mg.

The purpose of the seal coat is to provide a smooth surface for the enteric coating, thereby avoiding mounds, pits or crevasses wherein uneven amounts of enteric coating would be applied.

10     **Dissolution Data**

The rapid onset formulation of the previous example has exhibited in-vitro dissolution profiles as shown in Table 3 below, when measured in 1000 ml phosphate buffer at pH 6.8 and 37°C in a type 2 dissolution apparatus at 100 rpm. The numerical values are
15     expressed as percentages of dissolved active ingredient in relation to starting quantities.

DCH-0000016

- 9 -



### Table 3: Dissolution profiles

| Pyridoxine HCl | Run 1 | Run 2 | Run 3 | Run 4 | Run 5 | Run 6 | Avg. |
|---|---|---|---|---|---|---|---|
| 5 minutes | 20 | 2 | 0 | 77 | 79 | 79 | 43 |
| 10 minutes | 91 | 90 | 90 | 91 | 94 | 95 | 92 |
| 15 minutes | 96 | 96 | 94 | 94 | 95 | 96 | 95 |
| 30 minutes | 95 | 98 | 96 | 95 | 98 | 96 | 96 |
| 45 minutes | 97 | 96 | 97 | 94 | 99 | 98 | 97 |
| Doxylamine Succinate | Run 1 | Run 2 | Run 3 | Run 4 | Run 5 | Run 6 | Avg. |
| 5 minutes | 17 | 2 | 0 | 70 | 75 | 76 | 40 |
| 10 minutes | 90 | 87 | 89 | 89 | 97 | 96 | 91 |
| 15 minutes | 98 | 97 | 96 | 92 | 98 | 97 | 96 |
| 30 minutes | 97 | 98 | 96 | 94 | 99 | 97 | 97 |
| 45 minutes | 98 | 96 | 98 | 92 | 100 | 99 | 97 |

The extremely low dissolution values obtained after 5 minutes for runs 1 to 3, can be explained by the non-disintegration of the core formulation at the 5 minute interval.

5

### Example of method of manufacture

The formulation of the present invention was prepared using the ingredients shown in Table 1, above. Doxylamine succinate and silicon dioxide NF are pre-blended in a 2 cu. Ft. V-Blender. The resulting pre-blend is then milled through a Quadro Co Mill, Model

10  196S, equipped with a 40 mesh screen.

Pyridoxine HCl is also milled through a Quadro Co Mill, Model 196S, equipped with a 40 mesh screen. The milled pyridoxine HCl is then combined with the doxylamine / silicon dioxide NF pre-blend and the combined mixture blended.

15

Microcrystalline Cellulose is milled through a 40 mesh screen and split into two approximately equal portions. One portion is subsequently combined in a 650L Gallay Bin with the previously formed pre-blend containing both the active ingredients, followed by the addition of the second portion. The loaded material is then blended followed by

20  the addition of magnesium trisilicate and sodium croscarmellose. The newly formed

- 10 -

mixture is blended.  The addition of magnesium stearate followed by an additional blending completes the preparation of the core formulation.

5    The final blend is compressed in tablet form and is subsequently seal coated, enteric coated using a suitable commercially available aqueous enteric coating and top coated for aesthetics.  The overall manufacturing process is depicted in Figure 2.

All coating steps using the ingredients of Table 2, namely, the seal coat on the core, the enteric coating and the opadry white (color coat) are advantageously performed in a
10   Vector Hi (trade-mark) coater pan equipped with a peristaltic pump.

### Example 2

The following is another example of a 146 mg Diclectin rapid onset core formulation. The formulation was manufactured along the same manufacturing methods as described above in example 1.  This example demonstrates that the rapid onset feature of the
15   formulation of the present invention was obtained with a different group of excipients.

**Table 4: Core Ingredients:**

| Ingredients | Weight Mg/Tab. | Weight %/Tab. |
|---|---|---|
| Doxylamine Succinate | 10.5 | 7.2 |
| Pyridoxine HCl | 10.5 | 7.2 |
| Magnesium trisilicate | 30.0 | 20.6 |
| Microcrystalline Cellulose PH 102 | 65.0 | 44.5 |
| Calcium Phosphate (Dibasic) | 25.0 | 17.1 |
| Magnesium Stearate | 4.0 | 2.7 |
| Colloidal Silicon Dioxide | 1.0 | 0.7 |
| Total: | 146.0 | 100 |

20

DCH-0000018

- 11 -

The coating formulation can be as follows:

**Table 5: Coating Formulation**

| Ingredients | Weight/ Tablet (Mg) |
|---|---|
| Opadry™ White YS-1-7003 | 4.38 |
| Antifoam AF Emulsion | 0.07 |
| Sureteric YAE-6-18107 | 16.06 |
| Purified Water USP | |
| Opadry™ Clear YS-1-7472 | 0.73 |

Total coated tablet weight 167.24 mg.

5

The rapid onset formulation of the previous example has exhibited in-vitro dissolution profiles as shown in Table 6 below, when measured in 1000 ml phosphate buffer at pH 6.8 and 37°C in a type 2 dissolution apparatus at 100 rpm. The numerical values are expressed as percentages of dissolved active ingredient.

10

**Table 6: Dissolution profiles:**

| Pyridoxine HCI | Run 1 | Run 2 | Run3 | Run 4 | Run 5 | Run 6 | Avg. |
|---|---|---|---|---|---|---|---|
| 15 minutes | 17 | 13 | 25 | 31 | 17 | 22 | 21 |
| 30 minutes | 31 | 28 | 60 | 63 | 36 | 43 | 43 |
| 45 minutes | 51 | 45 | 78 | 80 | 55 | 60 | 61 |
| 60 minutes | 69 | 64 | 88 | 89 | 67 | 72 | 75 |
| 75 minutes | 79 | 76 | 94 | 94 | 77 | 81 | 83 |
| 90 minutes | 84 | 84 | 97 | 97 | 83 | 87 | 89 |
| 105 minutes | 88 | 89 | 98 | 99 | 87 | 90 | 92 |
| 120 minutes | 91 | 93 | 98 | 98 | 89 | 92 | 93 |

- 12 -

| Doxylamine Succinate | Run 1 | Run 2 | Run 3 | Run 4 | Run 5 | Run 6 | Avg. |
|---|---|---|---|---|---|---|---|
| 15 minutes | 16 | 14 | 22 | 31 | 47 | 61 | 32 |
| 30 minutes | 31 | 27 | 64 | 63 | 38 | 40 | 44 |
| 45 minutes | 47 | 44 | 75 | 79 | 58 | 61 | 61 |
| 60 minutes | 71 | 61 | 90 | 85 | 68 | 74 | 75 |
| 75 minutes | 76 | 71 | 96 | 89 | 81 | 82 | 82 |
| 90 minutes | 85 | 80 | 101 | 88 | 83 | 81 | 86 |
| 105 minutes | 92 | 86 | 103 | 95 | 93 | 92 | 93 |
| 120 minutes | 93 | 88 | 101 | 96 | 96 | 95 | 95 |

It follows from these results that the novel formulation demonstrates a rapid onset as shown by its dissolution profile. Pyridoxine HCl presents an average dissolution profile

5 of over 90% within 120 minutes of starting the measurements. Similarly, Doxylamine succinate displays an average dissolution profile of over 90% within 120 minutes of starting the measurements.

**Example 3 (Comparative example using prior art formulation)**

10 The following is an example of the prior art Diclectin formulation. An example for a 146.2 mg tablet is provided. This example demonstrates a strikingly slower onset of dissolution in comparison to the present invention.

**Table 7: Core Ingredients:**

| Ingredients | Weight Mg/Tab. | Weight % / Tab. |
|---|---|---|
| Pyridoxine HCl | 11.0 | 7.5 |
| Doxylamine Succinate | 10.2 | 7.0 |
| Lactose NF | 25.0 | 17.1 |
| Microcrystalline Cellulose NF | 65.0 | 44.4 |
| Magnesium Trisilicate | 30.0 | 20.6 |
| Silicon Dioxide | 1.0 | 0.7 |
| Magnesium Stearate | 4.0 | 2.7 |
| Total: | 146.2 | 100 |

15

- 13 -

The coating formulation is as follows:

Table 8: Coating Formulation

| Ingredients |
| --- |
| Coating Solution No. 714 |
| Coating Powder No. 303 |
| C.A.P. solution 10% |
| C.A.P. solution 5% |
| Gelatin Solution No. 105 |
| Dusting Powder No. 755 |
| White Smoothing Syrup |
| Sugar Syrup No. 111 |
| Opalux AS-7000-B white |
| Wax Solution No. 723 |

5   The current formulation of the previous example has exhibited in-vitro dissolution profiles
as shown in Table 9 below, when measured in 1000 ml phosphate buffer at pH 6.8 and
37°C in a type 2 dissolution apparatus at 100 rpm.  The numerical values are expressed
as percentages of dissolved active ingredient.

10  Table 9: Dissolution profiles:

| Pyridoxine HCl | Run 1 | Run 2 | Run3 | Run 4 | Run 5 | Run 6 | Avg. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 15 minutes | 9 | 11 | 18 | 11 | 16 | 12 | 13 |
| 30 minutes | 22 | 23 | 32 | 25 | 28 | 23 | 25 |
| 45 minutes | 37 | 34 | 45 | 39 | 42 | 34 | 38 |
| 60 minutes | 50 | 44 | 56 | 49 | 51 | 44 | 49 |
| 90 minutes | 69 | 63 | 73 | 69 | 67 | 63 | 67 |
| 120 minutes | 83 | 76 | 84 | 82 | 80 | 76 | 80 |
| 150 minutes | 94 | 86 | 91 | 91 | 86 | 86 | 89 |
| 180 minutes | 99 | 94 | 98 | 96 | 93 | 92 | 95 |
| 240 minutes | 93 | 93 | 100 | 100 | 99 | 101 | 98 |

DCH-0000021

- 14 -

| Doxylamine Succinate | Run 1 | Run 2 | Run 3 | Run 4 | Run 5 | Run 6 | Avg. |
|---|---|---|---|---|---|---|---|
| 15 minutes | 12 | 15 | 17 | 8 | 18 | 16 | 14 |
| 30 minutes | 17 | 21 | 31 | 18 | 27 | 30 | 24 |
| 45 minutes | 24 | 32 | 45 | 25 | 38 | 38 | 34 |
| 60 minutes | 34 | 41 | 56 | 36 | 46 | 49 | 44 |
| 90 minutes | 52 | 55 | 69 | 55 | 62 | 66 | 60 |
| 120 minutes | 69 | 65 | 75 | 68 | 71 | 82 | 71 |
| 150 minutes | 80 | 74 | 80 | 78 | 79 | 82 | 79 |
| 180 minutes | 82 | 78 | 86 | 82 | 80 | 84 | 82 |
| 240 minutes | 95 | 89 | 89 | 82 | 80 | 87 | 87 |

5   It follows from these results that the prior art formulation, exhibits a noticeably slower dissolution pattern when compared with the novel formulations. Indeed, after 90 minutes averages of only 60% doxylamine and 67% pyridoxine HCl are dissolved. A slower in-vivo dissolution profile is indicative of a delayed onset of action. The novel formulations, as depicted by examples 1 and 2, show markedly faster onset dissolution profiles resulting in a rapid onset of action. The new formulations overcome most, if not all of the drawbacks associated with the prior art.

10

   The terms and descriptions used herein are preferred embodiments set forth by way of illustration only, and are not intended as limitations on the many variations which those of skill in the art will recognize to be possible in practicing the present invention. It is the intention that all variants whether presently known or unknown, that do not have a direct

15   effect upon the way the invention works, are to be covered by the following claims.

DCH-0000022

- 15 -

## CLAIMS

1.    An enterically-coated pyridoxine HCl and doxylamine succinate rapid onset formulation comprising a disintegrating agent such that the following dissolution profiles are satisfied when measured in 1000 ml phosphate buffer at pH 6.8 and 37°C in a type 2 dissolution apparatus at 100 rpm:

    (a)    at least about 40% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 30 minutes of measurement;

    (b)    at least about 70% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 60 minutes of measurement;

    (c)    at least about 80% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 90 minutes of measurement;

    (d)    at least about 90% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 120 minutes of measurement.

2.    An enterically-coated pyridoxine HCl and doxylamine succinate rapid onset formulation as in claim 1, wherein the following dissolution characteristics are also satisfied when measured in 1000 ml phosphate buffer at pH 6.8 and 37°C in a type 2 dissolution apparatus at 100 rpm:

    (a)    at least about 20% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 15 minutes of measurement;

    (b)    at least about 60% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 45 minutes of measurement;

    (c)    at least about 80% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 75 minutes of measurement.

17

- 16 -

3.      The rapid onset formulation of claim 1, wherein at least about 40% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved within 5 minutes when measured in 1000 ml phosphate buffer at pH 6.8 and 37°C in a type 2 dissolution apparatus at 100 rpm.

4.      The rapid onset formulation of claim 2, wherein at least about 40% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved within 5 minutes when measured in 1000 ml phosphate buffer at pH 6.8 and 37°C in a type 2 dissolution apparatus at 100 rpm.

5.      The rapid onset formulation of claim 1, wherein said formulation contains a core coated with at least one enteric coating, said core comprising pyridoxine HCl, doxylamine succinate and the following non-active excipients: a filler or binder, a disintegrating agent, a lubricant, a silica flow conditioner and a stabilizing agent.

6.      The rapid onset formulation of claim 2, wherein said formulation contains a core coated with at least one enteric coating, said core comprising pyridoxine HCl, doxylamine succinate and the following non-active excipients: a filler or binder, a disintegrating agent, a lubricant, a silica flow conditioner and a stabilizing agent.

7.      The rapid onset formulation of claim 5, wherein said filler or binder consists of microcrystalline cellulose.

8.      The rapid onset formulation of claim 6, wherein said filler or binder consists of microcrystalline cellulose.

9.      The rapid onset formulation of claim 5, wherein said disintegrating agent consists of sodium crosscarmellose.

10.     The rapid onset formulation of claim 6, wherein said disintegrating agent consists of sodium crosscarmellose.

- 17 -

11.    The rapid onset formulation of claim 5, wherein said lubricant consists of magnesium stearate.

12.    The rapid onset formulation of claim 6, wherein said lubricant consists of magnesium stearate.

13.    The rapid onset formulation of claim 5, wherein said silica flow conditioner consists of silicon dioxide.

14.    The rapid onset formulation of claim 6, wherein said silica flow conditioner consists of silicon dioxide.

15.    The rapid onset formulation of claim 5, wherein said stabilizing agent consists of magnesium trisilicate.

16.    The rapid onset formulation of claim 6, wherein said stabilizing agent consists of magnesium trisilicate.

17.    The rapid onset formulation of claim 1, wherein said core comprises:

(a)    about 4-10% by weight of pyridoxine HCl;

(b)    about 4-10% by weight of doxylamine succinate;

(c)    about 40-80% by weight of microcrystalline cellulose;

(d)    about 10-30% by weight of magnesium trisilicate;

(e)    about 0.5-5% by weight of silicon dioxide;

(f)    about 0.5-5% by weight of sodium croscarmellose; and

(g)    about 0.5-5% by weight of magnesium stearate.

18.    The rapid onset formulation of claim 2, wherein said core comprises:

(a)    about 4-10% by weight of pyridoxine HCl;

(b)    about 4-10% by weight of doxylamine succinate;

(c)    about 40-80% by weight of microcrystalline cellulose;

DCH-0000025

- 18 -

(d)     about 10-30% by weight of magnesium trisilicate;

(e)     about 0.5-5% by weight of silicon dioxide;

(f)     about 0.5-5% by weight of sodium croscarmellose; and

(g)     about 0.5-5% by weight of magnesium stearate.

5

19.     The rapid onset formulation of claim 17, wherein said core comprises:

(a)     about 7% by weight of pyridoxine HCl;

(b)     about 7% by weight of doxylamine succinate;

10      (c)     about 62% by weight of microcrystalline cellulose;

(d)     about 18% by weight of magnesium trisilicate;

(e)     about 1% by weight of silicon dioxide;

(f)     about 3% by weight of sodium croscarmellose; and

(g)     about 3% by weight of magnesium stearate.

15

20.     The rapid onset formulation of claim 18, wherein said core comprises:

(a)     about 7% by weight of pyridoxine HCl;

(b)     about 7% by weight of doxylamine succinate;

20      (c)     about 62% by weight of microcrystalline cellulose;

(d)     about 18% by weight of magnesium trisilicate;

(e)     about 1% by weight of silicon dioxide;

(f)     about 3% by weight of sodium croscarmellose; and

(g)     about 3% by weight of magnesium stearate.

25

21.     The rapid onset formulation of claim 5, wherein said enteric coating(s) is (are) aqueous based.

22.     The rapid onset formulation of claim 6, wherein said enteric

30      coating(s) is (are) aqueous based.

DCH-0000026

- 19 -

23.     The rapid onset formulation of claim 21, wherein said enteric coating consists of a seal coat applied to the core, an enteric coating *per se* applied on the seal coat and an aesthetic top coat applied on the enteric coating *per se*.

5

24.     The rapid onset formulation of claim 22, wherein said enteric coating consists of a seal coat applied to the core, an enteric coating *per se* applied on the seal coat and an aesthetic top coat applied on the enteric coating *per se*.

25.     A method of treating nausea and vomiting comprising administering

10     a therapeutically effective amount of the rapid onset formulation of claim 1 to a patient in need thereof.

26.     A method of treating nausea and vomiting comprising administering a therapeutically effective amount of the rapid onset formulation of claim 2 to a patient in

15     need thereof.

27.     A method of treating nausea and vomiting during pregnancy comprising administering a therapeutically effective amount of the rapid onset formulation of claim 1.

20

28.     A method of treating nausea and vomiting during pregnancy comprising administering a therapeutically effective amount of the rapid onset formulation of claim 2.

25

29.     A medicament for attenuating the symptoms associated with nausea and vomiting consisting essentially of the formulation of claim 5.

30.     A medicament for attenuating the symptoms associated with nausea and vomiting consisting essentially of the formulation of claim 6.

DCH-0000027

09/885 051

- 20 -

## ABSTRACT

Provided herein is a novel enterically-coated pyridoxine HCl and doxylamine succinate rapid onset formulation comprising a disintegrating agent such that the following dissolution profiles are satisfied when measured in 1000 ml phosphate buffer at pH 6.8 and 37°C in a type 2 dissolution apparatus at 100 rpm:

(a)   at least about 40% of the total pyridoxine HCl and doxylamine succinate is dissolved after 30 minutes of measurement;

(b)   at least about 70% of the total pyridoxine HCl and doxylamine succinate is dissolved after 60 minutes of measurement;

(c)   at least about 80% of the total pyridoxine HCl and doxylamine succinate is dissolved after 90 minutes of measurement;

(d)   at about 90% of the total pyridoxine HCl and doxylamine succinate is dissolved after 120 minutes of measurement.

Preferably the formulation will contain a core coated with at least one enteric coating, the core comprising pyridoxine HCl, doxylamine succinate and the following non-active excipients: a filler or binder, a disintegrating agent, a lubricant, a silica flow conditioner and a stabilizing agent.

DCH-0000028

AML/11621.20

# Declaration and Power of Attorney For Patent Application

## English Language Declaration

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

**RAPID ONSET FORMULATION**

the specification of which

(check one)

☒ is attached hereto.

☐ was filed on _____ as United States Application No. or PCT International

Application Number _____

and was amended on _____

(if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, Section 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119(a)-(d) or Section 365(b) of any foreign application(s) for patent or inventor's certificate, or Section 365(a) of any PCT International application which designated at least one country other than the United States, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate or PCT International application having a filing date before that of the application on which priority is claimed.

Prior Foreign Application(s)                                                    Priority Not Claimed

|  |  |  |  |
|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ |

Form PTO-SB-01 (9-95) (Modified)          P02/REV02          Patent and Trademark Office-U.S. DEPARTMENT OF

DCH-0000029

I hereby claim the benefit under 35 U.S.C. Section 119(e) of any United States provisional application(s) listed below:

_____          _____
(Application Serial No.)                    (Filing Date)

_____          _____
(Application Serial No.)                    (Filing Date)

_____          _____
(Application Serial No.)                    (Filing Date)

I hereby claim the benefit under 35 U. S. C. Section 120 of any United States application(s), or Section 365(c) of any PCT International application designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. Section 112, I acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me to be material to patentability as defined in Title 37, C. F. R., Section 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application:

_____     _____     _____
(Application Serial No.)              (Filing Date)                    (Status)
                                                                (patented, pending, abandoned)

_____     _____     _____
(Application Serial No.)              (Filing Date)                    (Status)
                                                                (patented, pending, abandoned)

_____     _____     _____
(Application Serial No.)              (Filing Date)                    (Status)
                                                                (patented, pending, abandoned)

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Form PTO-SB-01 (8-95) (Modified)                    Patent and Trademark Office-U.S. DEPARTMENT OF

POWER OF ATTORNEY: As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.   *(list name and registration number)*

Jean H. DUBUC - 26374
Gaétan PRINCE - 33107
Alain M. LECLERC - 37036
Marc LUPIEN - 40461
Katherine R. BRITT - 48089

Send Correspondence to:   **Goudreau Gage Dubuc**
**800 Square-Victoria - P.O. Box 242**
**Stock Exchange Tower - Suite 3400**
**Montréal, Québec, Canada H4Z 1E9**

Direct Telephone Calls to:   *(name and telephone number)*
Alain M. Leclerc - (514) 397-7675

Full name of sole or first inventor
**Éric Gervais**

Sole or first inventor's signature                                              Date
                                                                                20/06/2001

Residence
**2526, des Oiseaux, Laval, Québec, Canada H7L 4W9**

Citizenship
**Canadian**

Post Office Address
**Same as above**

Full name of second inventor, if any

Second inventor's signature                                                     Date

Residence

Citizenship

Post Office Address

Form PTO-SB-01 (6-95) (Modified)                    Patent and Trademark Office-U.S. DEPARTMENT OF
                                                    NBRE DE PAGES 05



FIGURE 1

DCH-0000032



*FIGURE 2*

09385051 . 062101



FIGURE 1

DCH-0000034



*FIGURE 2*

09885051.0621101

DCH-0000035

## Notice of Allowability

| Application No. | Applicant(s) |
|---|---|
| 09/885,051 | Eric Gervals |
| Examiner | Art Unit |
| Ray Henley | 1614 |

—The MAILING DATE of this communication appears on the cover sheet with the correspondence address—

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS. This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to   *the application papers as originally filed*

2. ☒ The allowed claim(s) is/are   *1-30*

3. ☐ The drawings filed on _____ are acceptable as formal drawings.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:

   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS, OR A SUBSTITUTE OATH OR DECLARATION. ~~This three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).~~

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☒ Applicant MUST submit NEW FORMAL DRAWINGS

   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review (PTO-948) attached

   1) ☐ hereto   or   2) ☐ to Paper No. _____ .

   (b) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the examiner.

   (c) ☐ including changes required by the attached Examiner's Amendment/Comment or in the Office action of Paper No. _____

   ☒ (d) *drawings were declared informal by applicant.*

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

1. ☒ Notice of References Cited (PTO-892)
2. ☐ Notice of Informal Patent Application (PTO-152)
3. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
4. ☐ Interview Summary (PTO-413), Paper No. _____
5. ☐ Information Disclosure Statement(s) (PTO-1449), Paper No(s). _____
6. ☐ Examiner's Amendment/Comment
7. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
8. ☐ Examiner's Statement of Reasons for Allowance
9. ☐ Other

DCH-0000036

## Notice of References Cited

| | | |
|---|---|---|
| Applicant/Patent **Eric Gervais** | Application/Control No. **09/885,051** | |
| Examiner **Ray Henley** | Art Unit **1614** | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| | Document Number Country Code-Number-Kind Code | Date MM-YYYY [1] | Name | Classification [2] | |
|---|---|---|---|---|---|
| A | 6,013,280 | 1/2000 | Frisbee et al. | 424 | 464 |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | Document Number Country Code-Number-Kind Code | Date MM-YYYY [1] | Country | Name | Classification [2] | |
|---|---|---|---|---|---|---|
| N | 2,139,896 | 11/1996 | CA | McDonah | ---- | ------ |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

### NON-PATENT DOCUMENTS

| | Include, as applicable: Author, Title, Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|
| U | |
| V | |
| W | |
| X | |

*A copy of this reference is not being furnished with this Office action.  See MPEP § 707.05(a).       [1] Dates in MM-YYYY format are publication dates       [2] Classifications may be U.S. or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    8/7/01          **Notice of References Cited**              Part of Paper No.  **2**

DCH-0000037



US006013280A

# United States Patent [19]

Frisbee et al.

[11] Patent Number: 6,013,280

[15] Date of Patent: Jan. 11, 2000

[54] **IMMEDIATE RELEASE DOSAGE FORMS CONTAINING MICROSPHERES**

[75] Inventors: **Steven E. Frisbee**, Reston; **Deirdre M. Barrow**, Fairfax; **Joseph Cascone**, Chantilly; **Barry D. McCarthy**, Centreville; **Bernard M. Kiernan**, Ashburn; **Hanan S. Anwar**, Reston, all of Va.

[73] Assignee: **Fuisz Technologies Ltd.**, Chantilly, Va.

[21] Appl. No.: **08/946,070**

[22] Filed: **Oct. 7, 1997**

[51] Int. Cl.[7] .................................................. A61K 9/14
[52] U.S. Cl. ................. 424/464; 424/489; 424/490; 424/497; 424/451; 514/951
[58] Field of Search ........................... 424/400, 451, 424/452, 464, 465, 470, 489, 490, 493; 514/951

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,727,109 | 2/1988 | Schmidt et al. .................. | 424/455 |
| 4,944,949 | 7/1990 | Story et al. ...................... | 424/451 |
| 5,139,740 | 8/1992 | Uesugi et al. . | |
| 5,173,304 | 12/1992 | Lohner et al. . | |
| 5,281,420 | 1/1994 | Kelm et al. ...................... | 424/452 |
| 5,292,461 | 3/1994 | Juch et al. ....................... | 264/37 |
| 5,445,769 | 8/1995 | Rutkowski et al. .............. | 264/8 |
| 5,456,923 | 10/1995 | Nakanichi et al. ............... | 424/489 |
| 5,458,823 | 10/1995 | Perkins et al. ................... | 264/8 |
| 5,501,858 | 3/1996 | Fuisz . | |
| 5,525,355 | 6/1996 | Brown et al. .................... | 424/456 |
| 5,547,683 | 8/1996 | Yano et al. . | |
| 5,683,720 | 11/1997 | Myers et al. . | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 317 780 A1 | 5/1989 | European Pat. Off. ....... | A61K 31/44 |
| 0 349 509 | 1/1990 | European Pat. Off. . | |
| 0 413 171 | 2/1991 | European Pat. Off. . | |
| 0 709 086 | 5/1996 | European Pat. Off. . | |
| 1 388 786 | 3/1975 | United Kingdom . | |
| 93 25190 | 12/1993 | WIPO . | |
| 97 02017 | 1/1997 | WIPO . | |
| 97/02017 | 1/1997 | WIPO ................................ | A61K 9/14 |
| 97 08950 | 3/1997 | WIPO . | |

OTHER PUBLICATIONS

Hawley, A.R. et al. "Physical and chemical characterization of thermosoftened bases for molten filled hard gelatin capsule formulations" Drug Dev. Ind. Pharm. (1992), 18(16), pp. 1719–1739.

Mura, P. et al. "solid dispersions of ibuprofen in urea. Effects of urea on dissolution", Farmaco, ED. Prat. (1986) 41(12), pp. 377–387.

Taneja, L.N. et al.: "Solid dispersions of ketoprofen. In vitro characterization and bioavailability assessment" Indian Drugs (1997), 34(2), 72–77.

Smith, A. et al.: "The filling of molten ibuprofen into hard gelatin capsules", Int. J. Pharm. (1990), 59(2), pp. 115–119.

Halstenberg, Dr. Mechthild, "Medicines from the Extruder: A milestone in drug manufacturing technology at BASF Pharma", BASF Pharma Press Release (Sep. 6, 1994), pp. 1–4.

Grunhagen, Dr. Hans–Heinrich, "Melt Extrusion", BASF Pharma Press Release (Sep. 6, 1994), pp. 1–7.

Physician's Desk Reference for Non–Prescription Drugs, 16th ed. (1995), p. 870.

*Primary Examiner*—Thurman K. Page
*Assistant Examiner*—Brian K. Seidleck
*Attorney, Agent, or Firm*—Sandra Nolan; Richard D. Schmidt

[57] **ABSTRACT**

The invention deals with microspheres which are useful in pharmaceutical dosage forms. The microspheres contain active agents and solubilizing agents which have been processed via liquiflash techniques.

**20 Claims, No Drawings**

6,013,280

1

## IMMEDIATE RELEASE DOSAGE FORMS CONTAINING MICROSPHERES

### FIELD OF THE INVENTION

The invention deals with immediate, or fast, release dosage units for active agents which are not readily water soluble. The fast release of these active agents from pharmaceutical dosage forms is assured by delivering them via microspheres made using "liquiflash" techniques. Ibuprofen is representative of this type of active agent.

### RELATED APPLICATIONS

The microspheres produced herein are useful in making tablets and other dosage forms. See U.S. Applications Ser. No. 08/946,065, filed Oct. 7, 1997, entitled "Dosage Forms having Improved Release Properties" and 08/946,069, filed Oct. 7, 1997, entitled "Improved Dosage Units", both filed on the same date as this application.

### BACKGROUND OF THE INVENTION

Melt-blended formulations containing active agents and solubilizers exist in the art.

U.S. Pat. No. 4,944,949 discloses micelles of non-steroidal anti-inflammatory drugs (NSAIDS) with nonionic surfactants such as poloxamers (col. 5, line 31). Micelles are aggregates in which surfactant molecules are arranged in a spheroidal structure, with the hydrophobic regions at the core and the hydrophilic regions at the other surfaces. Drug:surfactant ratios of 1:5.7 to 1:50 are disclosed at column 12, line 57.

U.S. Pat. No. 5,281,420 shows tebufelone, an anti-inflammatory agent, in solid dispersions containing 15% to 75% tebufelone and 25% to 65% of a poloxamer surfactant (col. 1, lines 35–51).

U.S. Pat. No. 5,525,355 deals with laxative compositions which contain poloxamer surfactants, as stool softeners, melt-blended with stimulants. The ratio of surfactant to stimulant is 2:1 to 20:1 (col. 2, line 22+). The compositions are administered in hard gelatin capsules.

EPO Application 0 317 780, published May 31, 1989, shows quick-release and sustained-release formulations containing dihydropyridine calcium channel blockers and poloxamer surfactants. The quick release compositions contain 0.15:1 to 0.5:1 of hydroxypropylmethylcellulose to dihydropyridine/poloxamer complex (p. 6, l. 48–49). The complex contains 1:1 to 1:10 ratios of drug to surfactant (page 6, lines 25–27).

WO97/02017, published Jan. 23, 1997, discusses oral dosage forms which contain a solid dispersion of an active ingredient in a poloxamer polymer. The ratio of active agent to poloxamer is 0.1:1.0 to 10.0:1.0 (page 3, line 280.

U.S. Pat. No. 4,727,109 shows liquid preparations containing an active agent and a carrier system consisting of a hydrophilic component, a hydrophobic component and a solubilizer. The hydrophilic component may be a polyethylene glycol or a polyoxyethylene/polyoxypropylene copolymerizate. See column 2, lines 35–44.

U.S. Pat. No. 5,456,923 describes solid dispersions of drugs in polymers made by extruding the two together and pulverizing the extrudate. Polyoxyethylene/polyoxypropylene copolymers are disclosed, at column 3, lines 33–4, as plasticizers.

U.S. Pat No. 5,292,461 deals with pellets produced by spraying an active agent with a wetting agent. Polyethylene

2

glycols are disclosed as lubricants (col. 7, l. 62) and agents which influence the release of the active ingredient (col. 8, l. 1–2). Poloxamers are recited as surface active agents (col. 7, l. 65).

The art has not successfully blended polymeric solubilizing agents with actives to directly produce stable solid microspheres of uniform size. This invention describes such microspheres.

### SUMMARY OF THE INVENTION

Fast release dosage forms include those in which $T_{MAX}$, or time to maximum plasma drug concentration, is shortened, i.e., made as short as possible. By "shorter Tmax" or "shortened Tmax" applicants refer to enhanced absorption of active agent(s) at earlier time points than would be found using conventional dosage forms. The microspheres of the invention generally release all active agent(s) therein in about 5 minutes or less.

The invention uses liquiflash processing to make shear-form microspheres containing binary combinations of active agents and solubilizing agents. The microspheres are useful as is, i.e., in readily flowable sachets or capsule formats. Alternatively, the microspheres can be processed into capsules or tablets or used in other dosage forms, all of which exhibit fast release properties. Oral dosage forms are typical.

Because they are spherical, the microspheres of the invention are readily flowable, so that processing and delivery to the consumer are facilitated, regardless of the type of product in which they are used.

### DETAILED DESCRIPTION OF THE INVENTION

The invention deals with microspheres made by subjecting at least one active and at least one solubilizer to liquiflash processing.

Liquiflash and flash flow techniques for making microspheres are known in the art. One process uses the apparatus disclosed in U.S. Pat. No. 5,851,421, issued Dec. 22, 1998. The liquiflash process is also described in U.S. Pat. No. 5,683,720, issued Nov. 4, 1997. The disclosures of both applications are incorporated herein by reference.

U.S. Pat. Nos. 5,445,769 and 5,458,823 show devices which can be used to make liquiflash microspheres. These disclosures are also incorporated herein by reference.

#### The Compositions

Compositions useful in the invention are binary feedstocks for liquiflash techniques. They contain, as the only ingredients:

(a) about 20% to about 80% of at least one active ingredient, and

(b) about 80% to about 20% of at least one solubilizing agent.

The active ingredients useful herein can be selected from a large group of therapeutic agents. Respective classes include those in the following therapeutic categories: ace-inhibitors; alkaloids; antacids; analgesics; anabolic agents; anti-anginal drugs; anti-allergy agents; anti-arrhythmia agents; antiasthmatics; antibiotics; anticholesterolemics; anticonvulsants; anticoagulants; antidepressants; antidiarrheal preparations; anti-emetics; antihistamines; antihypertensives; anti-infectives; anti-inflammatories; antilipid agents; antimanics; anti-migraine agents; antinauseants; antipsychotics; antistroke agents; antithyroid preparations;

6,013,280

**3**

anabolic drugs; antiobesity agents; antiparasitics; antipsychotics; antipyretics; antispasmodics; antithrombotics; antitumor agents; antitussives; antiulcer agents; anti-uricemic agents; anxiolytic agents; appetite stimulants; appetite suppressants; beta-blocking agents; bronchodilators; cardiovascular agents; cerebral dilators; chelating agents; cholecystekinin antagonists; chemotherapeutic agents; cognition activators; contraceptives; coronary dilators; cough suppressants; decongestants; deodorants; dermatological agents; diabetes agents; diuretics; emollients; enzymes; erythropoietic drugs; expectorants; fertility agents; fungicides; gastrointestinal agents; growth regulators; hormone replacement agents; hyperglycemic agents; hypoglycemic agents; ion-exchange resins; laxatives; migraine treatments; mineral supplements; mucolytics, narcotics; neuroleptics; neuromuscular drugs; non-steroidal anti-inflammatories (NSAIDs); nutritional additives; peripheral vasodilators; polypeptides; prostaglandins; psychotropics; renin inhibitors; respiratory stimulants; sedatives; steroids; stimulants; sympatholytics; thyroid preparations; tranquilizers; uterine relaxants; vaginal preparations; vasoconstrictors; vasodilators; vertigo agents; vitamins; wound healing agents; and others.

Active agents which may be used in the invention include: acetaminophen; acetic acid; acetylsalicylic acid, including its buffered forms; acrivastine; albuterol and its sulfate; alcohol; alkaline phosphatase; allantoin; aloe; aluminum acetate, carbonate, chlorohydrate and hydroxide; alprozolam; amino acids; aminobenzoic acid; amoxicillin; ampicillin; amsacrine; amsalog; anethole; ascorbic acid; aspartame; astemizole; atenolol; azatidine and its maleate; bacitracin; balsam peru; BCNU (carmustine); beclomethasone dipropionate; benzocaine; benzoic acid; benzophenones; benzoyl peroxide; benzquinamide and its hydrochloride; bethanechol; biotin; bisacodyl; bismuth subsalicylate; bornyl acetate; bromopheniramine and its maleate; buspirone; caffeine; calamine; calcium carbonate, casinate and hydroxide; camphor; captopril; cascara sagrada; castor oil; cefaclor; cefadroxil; cephalexin; centrizine and its hydrochloride; cetyl alcohol; cetylpyridinium chloride; chelated minerals; chloramphenicol; chlorcyclizine hydrochloride; chlorhexidine gluconate; chloroxylenol; chloropentostatin; chlorpheniramine and its maleates and tannates; chlorpromazine; cholestyramine resin; choline bitartrate; chorionic-genic stimulating protein; cimetidine and its hydrochloride; cinnamedrine hydrochloride; citalopram; citric acid; clarithromycin; clemastine and its fumarate; clonidine and its hydrochloride salt; clorfibrate; cocoa butter; cod liver oil; codeine and its fumarate and phosphate; cortisone acetate; ciprofloxacin HCl; cyanocobalamin; cyclizine hydrochloride; cyproheptadine and its hydrochloride; danthron; dexbromopheniramine maleate; dextromethorphan and its hydrohalides; diazepam; dibucaine; dichloralphenazone; diclofen and its alkali metal salts; diclofenac sodium; digoxin; dihydroergotamine and its hydrogenates/mesylates; diltiazem; dimethicone; dioxybenzone; diphenhydramine and its citrate; diphenhydramine and its hydrochloride; divalproex and its alkali metal salts; docusate calcium, potassium, and sodium; doxycycline hydrate; doxylamine succinate; dronabinol; efaroxan; enalapril; enoxacin; ergotamine and its tartrate; erythromycin; estropipate; ethinyl estradiol; ephedrine; epinephrine bitartrate; erythropoietin; eucalyptol; famotidine; fenoprofen and its metal salts; ferrous fumarate, gluconate and sulfate; fluoxetine; folic acid; fosphenytoin; 5-fluorouracil (5-FU); fluoxetine and its hydrochloride; furosemide; gabapentan; gentamicin; gemfibrozil; glipizide; glycerine; glyceryl stearate; granisetron

**4**

and its hydrochloride; griseofulvin; growth hormone; guafenesin; hexylresorcinol; hydrochlorothiazide; hydrocodone and its tartrate; hydrocortisone and its acetate; 8-hydroxyquinoline sulfate; hydroxyzine and its pamoate and hydrochloride salts; ibuprofen; indomethacin; inositol; insulin; iodine; ipecac; iron; isosorbide and its mono- and dinitrates; isoxicam; ketamine; kaolin; ketoprofen; lactic acid; lanolin; lecithin; leuprolide acetate; lidocaine and its hydrochloride salt; lisinopril; liotrix; loratadine; lovastatin; luteinizing hormone; LHRH (luteinizing hormone replacement hormone); magnesium carbonate, hydroxide, salicylate, and trisilicate; meclizine and its hydrochloride; mefenamic acid; meclofenamic acid; meclofenamate sodium; medroxyprogesterone acetate; methenamine mandelate; menthol; meperidine hydrochloride; metaproterenol sulfate; methscopolamine and its nitrates; methsergide and its maleate; methyl nicotinate; methyl salicylate; methyl cellulose; methsuximide; metoclopramide and its halides/hydrates; metronidazole and its hydrochloride; metoprotol tartrate; miconazole nitrate; mineral oil; minoxidil; morphine; naproxen and its alkali metal sodium salts; nifedipine; neomycin sulfate; niacin; niacinamide; nicotine; nicotinamide; nitroglycerine; nonoxynol-9; norethindrone and its acetate; nystatin; octoxynol; octoxynol-9; octyl dimethyl PABA; octyl methoxycinnamate; omega-3 polyunsaturated fatty acids; omeprazole; ondansetron and its hydrochloride; oxolinic acid; oxybenzone; oxtriphylline; para-aminobenzoic acid (PABA); padimate-O; paramethadione; pentastatin; peppermint oil; pentaerythritol tetranitrate; pentobarbital sodium; perphenazine; phenelzine sulfate; phenindamine and its tartrate; pheniramine maleate; phenobarbital; phenol; phenolphthalein; phenylephrine and its tannates and hydrochlorides; phenylpropanolamine and its hydrochloride salt; phenytoin; pirmenol; piroxicam and its salts; polymicin B sulfate; potassium chloride and nitrate; prazepam; procainamide hydrochloride; procaterol; promethazine and its hydrochloride; propoxyphene and its hydrochloride and napsylate; pramiracetin; pramoxine and its hydrochloride salt; prochlorperazine and its maleate; propanol and its hydrochloride; promethazine and its hydrochloride; propanolol; pseudoephedrine and its sulfates and hydrochlorides; pyridoxine; pyrolamine and its hydrochlorides and tannates; quinapril; quinidine gluconate and sulfate; quinestrol; ralitoline; ranitidine; resorcinol; riboflavin; salicylic acid; scopolamine; sesame oil; shark liver oil; simethicone; sodium bicarbonate, citrate, and fluoride; sodium monofluorophosphate; sucralfate; sulfanethoxazole; sulfasalazine; sulfur; sumatriptan and its succinate; tacrine and its hydrochloride; theophylline; terfenadine; thiethylperazine and its maleate; timolol and its maleate; thioperidone; trimetrexate; triazolam; tretinoin; tetracycline hydrochloride; tolmetin; tolnaftate; triclosan; trimethobenzamide and its hydrochloride; tripelennamine and its hydrochloride; tripolidine hydrochloride; undecylenic acid; vancomycin; verapamil HCl; vidarabine phosphate; vitamins A, B, C, D, $B_1$, $B_2$, $B_6$, $B_{12}$, E, and K; witch hazel; xylometazoline hydrochloride; zinc; zinc sulfate; zinc undecylenate. Mixtures and pharmaceutically acceptable salts of these and other actives can be used.

Particularly useful active agents are sparingly soluble solid agents whose dissolution and release properties are enhanced by the solubilizing agents used herein. These agents include $H_2$ antagonists, analgesics, including non-steroidal anti-inflammatory drugs (NSAIDs), anticholesterolemics, anti-allergy agents, and anti-migraine agents.

Analgesics include aspirin, acetaminophen, acetaminophen plus caffeine, and non-steroidal anti-inflammatory drugs (NSAIDS), e.g., ibuprofen.

DCH-0000040

6,013,280

5

Useful NSAIDs include ibuprofen; diclofenac and its alkali metal salts; fenoprofen and its metal salts; ketoprofen, naproxen and its alkali metal salts; and piroxicam and its salts

$H_2$-antagonists which are contemplated for use in the present invention include cimetidine, ranitidine hydrochloride, famotidine, nizatidine, ebrotidine, mifentidine, roxatidine, pisatidine and aceroxatidine.

Useful anti-allergy agents include hydricodone and its tartrates; clemastine and its fumarate; azatadine and its maleate; acetaminophen; hydroxyzine and its pamoate and hydrochloride salts; chlorpheniramine and its maleates and tannates; pseudoephedrine and its sulfates and hydrochlorides; bromopheniramine and its maleate; dextromethorphan and its hydrohalides; loratadine; phenylephrine and its tannates and hydrochlorides; methscopolamine and its nitrates; phenylpropanolamine and its hydrochlorides; codeine and its hydrochloride; codeine and its phosphate; terfenadine; acrivastine; astemizole; cetirizine and its hydrochloride; phenindamine and its tartrate; tripelennamine and its hydrochloride; cyproheptadine and its hydrochloride; promethazine and its hydrochloride; and pyrilamine and its hydrochlorides and tannates.

Useful antimigraine agents include divalproex and its alkali metal salts; timolol and its maleate; propanolol and its hydrohalides; ergotamine and its tartrate; caffeine; sumatriptan and its succinate; dihydroergotamine, its hydrogenates/mesylates; methisergide and its maleate; isometheptene mucate; and dichloralphenazone.

Another class of drugs which can be used are antiemetics. Useful antiemetics include: meclizine and its hydrochloride; hydroxyzine and its hydrochloride and pamoate; diphenhydramine and its hydrochloride; prochlorperazine and its maleate; benzquinamide and its hydrochloride; granisetron and its hydrochloride; dronabinol; bismuth subsalicylate; promethazine and its hydrochloride; metoclopramide and its halides/hydrates; chlorpromazine; trimethobenzamide and its hydrochloride; thiethylperazine and its maleate; scopolamine; perphenazine; and ondansetron and its hydrochloride.

Other active ingredients for use in the present invention include antidiarrheals such as immodium AD, antihistamines, antitussives, decongestants, vitamins, and breath freshners. Also contemplated for use herein are anxiolytics such as Xanax; antipsychotics such as Clozaril and Haldon; antihistamines such as Seldane, Hismanal, Relafen, and Tavist; antiemetics such as Kytril and Cesamet; bronchodilators such as Bentolin, Proventil; antidepressants such as Prozac, Zoloft, and Paxil; antimigraines such as Imigran, ACE-inhibitors such as Vasotec, Capoten and Zestril; Anti-Alzheimers agents such as Nicergoline; and $Ca^{2+}$-Antagonists such as Procardia, Adalat, and Calan.

Among the anticholesterolemics, the statins, e.g., lovastatin, provastatin and the like are notable.

Combinations of various types of drugs, as well as combinations of individual drugs, are contemplated.

The solubilizing agents, or solubilizers, used herein are commercially available hydrophilic surfactants.

One group of solubilizers are diblock copolymers containing only polyoxyethylene units and polyoxypropylene units. Poloxamers containing polyoxyethylene and polyoxypropylene block segments are very useful, with those having about 60% to about 90%, and particularly those having about 70% to about 80%, polyoxyethylene units being notable. Suitable polymers are sold using "Lutrol," "Monolan" and "Pluronic" trade names (BASF

6

manufacturer). Poloxamer 188 (Pluronic F/68) is effective. This surfactant contains 80 and 27 polyoxyethylene units and has an average molecular weight of about 7680 to 9510. See Handbook of Pharmaceutical Excipients (2nd Edition), 1994, pages 352–354, the disclosure of which is hereby incorporated by reference.

Other useful "Pluronic" polymers include those designated as F87, F108 and F127 and F237.

Another group of solubilizers are polyethylene glycol esters sold as "Gelucire" (Gattefosse). "Gelucire 50/13" is a polyethylene glycol-32 glyceryl palmitostearate (HLB 13).

The solid microspheres of the invention may be coated with one or more pharmaceutical coatings. However, any coating may not significantly alter the fast release properties of the microspheres or dosage forms, e.g., tablets, in which they are used. Useful coatings include aesthetic coatings, taste-masking coatings, enteric coatings and others conventionally used in the pharmaceutical field. Coatings will be present in amounts consistent with their functions—i.e, in suitable pharmaceutical amounts.

Suitable amounts and types of pharmaceutical excipients, e.g., fillers, flavors, flow control agents, lubricants, diluents and the like can be blended with the microspheres before or during the preparation of a dosage form.

TABLE 1

Tablet Ingredients

| INGREDIENT | BROAD RANGE (%) | NARROW RANGE (%) |
|---|---|---|
| MICROSPHERES | 40–80 | 53–63 |
| SOLID DILUENTS | 15–55 | 30–40 |
| DISINTEGRANT | 0.5–10 | 2–4 |
| GLIDANT | 0.2–5 | 1–3 |
| LUBRICANT | 0.2–5 | 1–3 |
| OTHER ADDITIVES | 0–10 | 0–5 |

The solid diluent is generally a bulking agent. It is typically present a weight concentration which is $\frac{1}{2}$ to $\frac{2}{3}$ of the concentration of microspheres.

Useful solid diluents are microcrystalline cellulose products having particle sizes of about 20 micrometers ($\mu m$) to about 200 micrometers. The Avicel products, especially Avicel PH101 (FMC) are effective.

Disintegrants are used to assist in the release of the active agent after the tablet has been ingested. Useful disintegrants include croscarmellose sodium, polyvinylpyr-rolidone (PVP), and sodium starch glycolate. Ac-Di-sol, a croscarmellose sodium product made by FMC, is very useful, as is Kollidon CL-M, a micronized crospovidone. Mixtures are operable.

One or more glidants such as starch, talc, lactose, stearates and colloidal silica can be used. Cab-o-sil M5, a brand of colloidal silica made by Cabot, is very useful.

Lubricants are used in the tablet compositions, among them stearic acid, adipic acid, fatty acid esters, talc, magnesium stearate, mineral oil and the like and mixtures thereof. Stearic acid powder, such as that made by Sherex Chemical Co., is highly effective.

Other conventional pharmaceutical additives can be employed. Ingredients such as colorants, flavors, taste-masking agents, flow control agents, perfumes and stabilizers can be included in minor amounts.

Optionally, the microspheres can be coated, or encapsulated, with materials which alter such properties as

6,013,280

7

stability, taste, dissolution, appearance and the like. Such coatings typically contain one or more pharmaceutically acceptable polymers, e.g., cellulosics.

The Processes

Liquiflash processing involves providing the ingredients at a particle size of about 2 to about 500 microns. Grinding/milling may be necessary as preliminary steps. The particles are then blended and used as a feedstock for a suitable device wherein heat and pressure conditions are controlled to effect morphological changes in the feedstock.

Inside the device, the feedstock particles lose their resistance to liquid flow and become "liquiform." In this state, the material is physically transformed from its original solid state, through a liquid state and back to a solid state instantaneously. While the particles undergo this transformation, they are acted upon by centrifugal force, or another shearing force, which force separates them into discrete spherical particles. This is termed spheronization. They exit the device as monodispersed discretized microspheres of about 10 to about 600 microns and generally about 50 to about 300 microns particle diameter.

U.S. Pat. Nos. 5,445,769; 5,458,823; 5,683,720; and 5,851,454, set out the details of the liquiflash and flash flow spheronization processes. Their disclosures are incorporated herein by reference.

The following examples illustrate the invention:

EXAMPLE I

Ibuprofen Microspheres

Three kilograms micronized ibuprofen (IBP) and two kilograms milled Poloxamer 188 were added to a Stephan mixer in the following order: (1) one-half of the solubilizer, (2) all of the IBP, (3) the remaining portion of the solubilizer. The ingredients were mixed for about three minutes. This mixture was used as a feedstock, as follows:

The feedstock was fed to the 5-inch spinning head disclosed in U.S. Pat. No. 5,851,454, issued Dec. 22, 1998. The head speed was increased to 60 Hz while the heating elements were raised to a temperature which produced liquiflash conditions (about 60° C. to 75° C.).

The spinning head forced the material through its orifices and the product was permitted to free fall a distance of from six to eight feet below the head. It consists of spheres containing 60:40 IBP:solubilizer having a highly consistent particle size, with diameters ranging from about 100 to about 500 microns.

The solid microspheres can be used as is, e.g., in a sachet, or powder, delivery system. Alternatively, they can be used in liquid, gel, tablet or capsule forms. Solid dosage forms are very effective.

Optionally, one or more coatings, such as aesthetic coating(s), taste-masking coating(s) or enteric coating(s), can be applied before the microspheres are used to deliver active agents to individuals.

EXAMPLE II

Ibuprofen Dissolution Studies

A. 40:60 IBP/Poloxamer.

Using a procedure similar to that of Example I, microspheres containing 40% unmicronized IBP and 60% milled Poloxamer 188 were produced. These spheres were subjected to dissolution testing using USP Method II in phosphate buffer adjusted to pH 6.0 (37° C.).

8

The microspheres demonstrated the following dissolution properties in the pH 6 medium:

| MINUTES | PERCENT DISSOLVED |
|---|---|
| 5 | 92 |
| 10 | 96 |
| 20 | 96 |
| 45 | 95 |
| 60 | 95 |

B. 50:50 IBP/Poloxamer.

Using the procedure of Example I, microspheres of 50% micronized IBP and 50% milled Poloxamer 188 were made.

Using the testing method described in A, above, dissolution studies were run in pH 6.0 medium. The properties were:

| MINUTES | PERCENT DISSOLVED[*] |
|---|---|
| 5 | 102 |
| 10 | 102 |
| 20 | 102 |
| 45 | 107 |
| 60 | 101 |

*Calculated values

EXAMPLE III

Ibuprofen Microsphere Studies

In bioavailability tests, microspheres containing 200 mg IBP and made in accordance with Example I gave faster times to maximum plasma concentration ($T_{max}$) than times obtained using a commercial IBP tablet (NUPRIN, Bristol-Myers Squibb Co.).

The tests were designed to determine IBP plasma concentrations at various points in time. Enhanced absorption of ibuprofen was seen at earlier time points, with individual subject plasma concentration time profiles given below. $T_{max}$ was determined from the concentration data, and was found to be 1.10 hours for the microspheres and 1.38 hours for the commercial product.

Ten healthy male volunteers took part in a single dose, randomized crossover study. Plasma samples were collected pre dose and at 0.25, 0.5, 0.75, 1, 1.25, 1.5, 1.75, 2, 2.25, 2.5, 3, 4, 6, 8, 10 and 12 hours post-dose.

The following tables show individual subject plasma concentration-time profiles at early time points comparing fast release microspheres and NUPRIN.

| Subject | 0.25 hours | 0.5 hours |
|---|---|---|
| A. Microspheres of the Invention | | |
| 1 | 0 | 15.4 |
| 2 | 0 | 7.31 |
| 3 | 0.418 | 7.31 |
| 4 | 3.53 | 9.88 |
| 5 | 8.71 | 22.2 |
| 6 | 0.289 | 2.34 |
| 7 | 2.73 | 5.63 |
| 8 | 0.29 | 4.43 |
| 9 | 3.65 | 8 |
| 10 | 1.78 | 10.8 |

DCH-0000042

6,013,280

<table>
<tr><th colspan="3">9</th></tr>
<tr><th colspan="3">-continued</th></tr>
<tr><th>Subject</th><th>#1.25 hours</th><th>#1.5 hours</th></tr>
<tr><td>Average</td><td>2.1397</td><td>9.33</td></tr>
<tr><td>SD</td><td>2.735204</td><td>5.787295</td></tr>
<tr><td colspan="3">B. NUPRIN</td></tr>
<tr><td>1</td><td>10.4</td><td>14.5</td></tr>
<tr><td>2</td><td>9.24</td><td>13</td></tr>
<tr><td>3</td><td>7.64</td><td>11.5</td></tr>
<tr><td>4</td><td>5.82</td><td>9.28</td></tr>
<tr><td>5</td><td>6.65</td><td>14.5</td></tr>
<tr><td>6</td><td>6.09</td><td>11.8</td></tr>
<tr><td>7</td><td>6.914</td><td>11.8</td></tr>
<tr><td>8</td><td>0.914</td><td>6.2</td></tr>
<tr><td>9</td><td>10.3</td><td>20</td></tr>
<tr><td>10</td><td>16.7</td><td>19.0</td></tr>
<tr><td>Average</td><td>7.9904</td><td>13.248</td></tr>
<tr><td>SD</td><td>4.113100</td><td>4.290661</td></tr>
</table>

## EXAMPLE IV

### Ibuprofen Tablets

Rapidly disintegrating tablets were prepared containing 58% of 60:40 ibuprofen:Pluronic F-68; 35% Avicel PH101; 3% croscarmellose sodium; 2% Cab-o-sil and 2% Stearic acid. The ingredients were blended in a V-blender and compressed on a Killian T200 rotary tablet press using 8×16 mm caplet tooling.

## EXAMPLE V

### Ibuprofen Tablet Dissolution Studies

Rapidly disintegrating tablets containing 60:40 ibuprofen:solubilizer subjected to dissolution testing using USP Method II, 50 rpm), phosphate buffer (900 mL., 37° C.) adjusted to pH 5.2. They had the following dissolution profile:

<table>
<tr><th>TIME<br>(MINUTES)</th><th>PERCENT<br>DISSOLVED</th></tr>
<tr><td>5</td><td>77</td></tr>
<tr><td>10</td><td>86</td></tr>
<tr><td>20</td><td>89</td></tr>
<tr><td>30</td><td>91</td></tr>
<tr><td>45</td><td>92</td></tr>
<tr><td>60</td><td>92</td></tr>
</table>

For comparison, a dissolution study was run on 200 mg tablets of ADVIL, a commercially available preparation of Whitehall Labs (American Home Products Corp.)

Each tablet is believed to contain: ibuprofen, acetylated monoglyceride, beeswax and/or carnauba wax, croscarmellose sodium, iron oxides, lecithin, methylparaben, microcrystalline cellulose, pharmaceutical glaze, povidone, propylparaben, silicon dioxide, simethicone, sodium benzoate, sodium lauryl sulfate, starch, stearic acid, sucrose, and titanium dioxide. See page 870 of the *Physician's Desk Reference for Non-prescription Drugs*, 16th ed. (1995).

Using the same conditions as above, the ADVIL tablets had the following dissolution profile:

<table>
<tr><th>TIME<br>(MINUTES)</th><th>PERCENT<br>DISSOLVED</th></tr>
<tr><td>5</td><td>23</td></tr>
<tr><td>15</td><td>37</td></tr>
<tr><td>30</td><td>48</td></tr>
<tr><td>45</td><td>54</td></tr>
<tr><td>60</td><td>58</td></tr>
</table>

Clearly, the microspheres in the tablets of the invention dissolved faster than the commercial formulation. Seventy-seven percent (77%) of the ibuprofen in the microspheres was dissolved in 5 minutes, compared to 23% dissolution of ADVIL in the same time period.

Reasonable variations, such as those which would occur to a skilled artisan, can be made herein without departing from the scope of the invention.

We claim:

1. Microparticles useful in making dosage forms having improved dissolution and shorter time to maximum plasma concentration ($T_{max}$) consisting essentially of

   (a) about 20% to about 80% of one or more analgesic agents, and

   (b) about 80% to about 20% of one or more polymeric solubilizing agents, wherein (b) is at least one diblock copolymer containing polyoxyethylene and polyoxypropylene units.

2. The microparticles of claim 1 wherein the analgesic is ibuprofen.

3. The microparticles of claim 2, wherein the ratio of (a) to (b) is about 40:60.

4. The microparticles of claim 2, wherein the ratio of (a) to (b) is about 50:50.

5. The microparticles of claim 2, wherein the ratio of (a) to (b) is about 60:40.

6. A dosage unit comprising the microparticles of claim 1, further comprising one or more pharmaceutically acceptable excipients.

7. The dosage unit of claim 6 wherein the one or more analgesic agents is ibuprofen.

8. The dosage unit of claim 7 wherein all active agent(s) therein are released in about 5 minutes or less.

9. The dosage unit of claim 6 which is a rapidly dissolving tablet or capsule.

10. The dosage unit of claim 9 which is a tablet containing ibuprofen and a solubilizer wherein the ratio of ibuprofen to solubilizer is about 60:40.

11. A process for improving dissolution and shortening the $T_{max}$ of ibuprofen, whereby all of the active agent is released in about 5 minutes or less, comprising the step of delivering ibuprofen using the tablet of claim 10.

12. A process for improving dissolution properties and shortening the $T_{max}$ of an analgesic agent comprising the step of delivering that agent using the dosage unit of claim 7.

13. The microparticles of claim 1 made by way of liquiflash processing.

14. The microparticles of claim 2 made by way of liquiflash processing.

15. The dosage unit of claim 6 wherein the microparticles are made by way of liquiflash processing.

16. The dosage unit of claim 7 wherein the microparticles are made by way of liquiflash processing.

17. The microparticles of claim 1, wherein the at least one diblock copolymer contains from about 60% to about 90% polyoxyethylene units.

6,013,280

**11**

18. The microparticles of claim **1**, wherein the at least one diblock copolymer contains from about 70% to about 80% polyoxyethylene units.

19. The microparticles of claim **1**, wherein at least one of the diblock copolymers is Polaxamer 188 (Pluronic F68).

**12**

20. The particles of claim **1**, wherein one or more of the diblock copolymers is chosen from the group consisting of poloxamer 188, poloxamer 237, poloxamer 338 and poloxamer 407.

*   *   *   *   *



O P I C
OFFICE DE LA PROPRIÉTÉ
INTELLECTUELLE DU CANADA

Ottawa Hull K1A 0C9

C I P O
CANADIAN INTELLECTUAL
PROPERTY OFFICE

(21) (A1)     2,139,896

(22)          1995/01/10

(43)          1996/07/11

(51) Int.Cl.$^6$  A61K 31/44

(19)(CA) **APPLICATION FOR CANADIAN PATENT** (12)

(54) Use of Antinauseant Agent for Terminally Ill Humans

(72) McDonah, Don B.  - U.S.A.  ;

(71) Duchesnay Inc.  - Canada ;

(57) 7 Claims

Notice:   This application is as filed and may therefore contain an
incomplete specification.

Industrie Canada    Industry Canada

Canada

DCH-0000045

2139896

## ABSTRACT OF THE DISCLOSURE

Disclosed herein is the use of a mixture of Doxylamine succinate and Pyridoxine HCl (Vitamin B6) in approximately equal weight ratios together with a pharmaceutically acceptable carrier to prevent and suppress the symptoms of nausea and vomiting among terminally ill individuals.

DCH-0000046

2139896

- 1 -

## FIELD OF THE INVENTION

The present invention relates to the field of antinauseant agents and their use.  More specifically, the present invention relates to the novel use of an
5   antinauseant agent, namely a mixture of Doxylamine succinate and Pyridoxine HCl in approximately equal weight ratios, directed to terminally ill humans.

## BACKGROUND OF THE INVENTION

Nausea is probably the second most frequently
10   encountered symptom in the management of people approaching death.  It is second only to pain.  Nausea is a poorly understood condition which may be subjectively described as the unpleasant feeling of the need to vomit and is often accompanied by other symptoms such as
15   dizziness, vertigo, chills and sweating.  It has a wide range of effects ranging from being a mild nuisance to a severely debilitating problem.

It is generally agreed that the vomiting control zone in the human body in situated in the brain
20   stem.  This vomiting centre has a direct effect on the gut.  The vomiting centre is understood to be affected by various sources such as:

(i) local receptors in the gut during digestion, local irritation by medications or alcohol;

25   (ii) the vestibular apparatus as stimulated by motion, sight, smell and taste;

DCH-0000047

2139896

- 2 -

(iii) the cerebral cortex as stimulated by stress or other psychological factors such as anxiety disorders;

(iv) increased intra-cranial pressure associated with brain tumours;

5   (v) the chemoreceptor trigger zone (CTZ), situated in the medulla of the brain stem and having direct link to the vomiting centre.

For terminally ill patients, pain control often requires the use of various pain killers such as 10   narcotics which will stimulate the CTZ. Chemotherapy agents are also generally known to stimulate the CTZ. This will often trigger nausea because of its effect of the vomiting centre. Accordingly, both the drug therapy and the disease afflicting the terminally ill patient 15   contribute to the debilitating symptoms of nausea.

A number of classes of antinauseant agents are known to work with varying degrees of success for terminally ill humans. One important drawback with most known antinauseant agents are their unwanted side 20   effects. Another drawback is that many patients will fail to respond to traditional antinauseant agents used in palliative care.

One class of known antinauseant are the phenothiazines. These act mainly as dopamine 25   antagonists, in other words by blocking the dopamine receptors in the CTZ. However, they also have sedating properties, may cause confusion and have other extra-pyramidal side effects such as low blood pressure,

DCH-0000048

**2139896**

- 3 -

negative cardiac effects, mobility decrease effects.
Consequently, this medication should not be used for
severely depressed patients, those with liver disease,
renal insufficiency, important cardiovascular disorders
5    or Parkinson's disease.   The two most commonly used
phenothiazines are Prochlorperazine (sold as Stemetil™)
and Haloperidol (sold for example as Haldol™, Novo-
Peridol™).

Another class of antinauseant medication are
10   the upper gastro-intestinal motility agents.   One such
agent is Metoclopramide HCl (sold as Maxeran™) which acts
both on the gut and centrally by crossing the blood brain
barrier to block dopamine receptors in the CTZ.   It is
particularly   indicated   for   patients   undergoing
15   chemotherapy.   Among their side effects profile is
inducing confusion, especially among elder patients.   Two
other gastro-intestinal motility agents are Domperidone
maleate (sold as Motilium™) and Cisapride (sold as
Prepulsid™).   However, these latter two agents do not
20   cross the blood brain barrier to block dopamine receptors
in the CTZ.   Their side effects profile includes
confusion.

Another class of antinauseant agent is Nabilone
(sold as Cesamet™) which is a marijuana derivative.   Its
25   mechanism of action is not quite understood.   Although it
may be quite effective for some patients, it is
accompanied by side effects which may be distressing to

WEST

DCH-0000049

2139896

- 4 -

the patient, such as drowsiness, vertigo and psychotropic effects.

Dexamethazone (sold as Decadron™ or Dexasone™) is another class of agent used on occasion to treat the
5  symptoms of nausea and vomiting. It works quite well for patients having increased intercranial pressure resulting from for example brain tumours. It is believed to help in chemotherapy induced nausea and vomiting by what appears to be a decrease in cerebral edema which may
10  occur around both the CTZ and the vomiting centre.

Antihistamines are commonly used in nausea and vomiting but are generally less effective than phenothiazines. The most common antihistamine nausea medication is Gravol™. They are known to work well in
15  nausea and vomiting related to vestibular stimulation and may, in some instances, have a sedating effect.

Benzodiazepines are another class of agents sometimes used as antinauseants. They are felt to work at the cerebral cortex level by decreasing anxiety and
20  other psychological disorders.

Consequently, there remains a need for an improved antinauseant agent showing minimal or no side effects and effective in a palliative care setting where the symptoms associated with nausea and vomiting are
25  particularly debilitating. The need is exacerbated where the traditional antinauseant agents bear a number of unwanted side effects or are merely effective for some sources of nausea and vomiting. The need is also

WEST

2139896

- 5 -

exacerbated when the patient is not responsive or only partially responsive to traditional palliative care antinauseant agent.

Another class of antinauseant agent, not previously used in palliative care but rather for treating the symptoms of morning sickness among pregnant women and, in some extreme cases hyperemesis gravidarum, consists of a mixture of Doxylamine succinate and Pyridoxine HCl in approximately equal weight. This antinauseant agent is currently available under the trademark Diclectin™. So far, the use of Diclectin™ has been restricted to the treatment of the specific forms of nausea and vomiting among pregnant women such as hyperemesis gravidarum and morning sickness. Prior to the present invention, it was not known nor predictable that a mixture of Doxylamine succinate and Pyridoxine HCl in approximately equal weight could be effectively used in a palliative care setting to treat the nausea and vomiting associated with chemotherapy, pain-killing pharmacological therapy, various terminal diseases and conditions. Indeed, the physiological and therapeutical causes of nausea and vomiting encountered in a palliative care setting are completely different from the causes of nausea and vomiting among pregnant women which are generally thought to be related to hormonal changes during pregnancy.

Accordingly, it is an object of the present invention to divulge a novel use for a mixture of

WEST

DCH-0000051

2139896

- 6 -

Doxylamine succinate and Pyridoxine HCl in approximately
equal weight, namely for the treatment of the symptoms of
nausea and vomiting among terminally ill humans.

5      Other objects and further scope of
applicability of the present invention will become
apparent from the detailed description given hereinafter.
It should be understood, however, that this detailed
description, while indicating preferred embodiments of
the invention, is given by way of illustration only,
10     since various changes and modifications within the spirit
and scope of the invention will become apparent to those
skilled in the art.


## SUMMARY OF THE INVENTION

The invention provides the use of a
15     therapeutically effective amount of a mixture of
Doxylamine succinate and Pyridoxine HCl in approximately
equal weight for preventing and suppressing the symptoms
of nausea and vomiting in terminally ill humans.

In a preferred embodiment, the use of a mixture
20     of Doxylamine succinate and Pyridoxine HCl in
approximately equal weight is directed to patients
undergoing chemotherapy.

In other embodiments, the use of a mixture of
Doxylamine succinate and Pyridoxine HCl in approximately
25     equal weight is directed to patients suffering from
cancer or from Acquired Immunity Deficiency Syndrome
(A.I.D.S.).

DCH-0000052

2139896

- 7 -

Other features and advantages of the invention will become apparent to those of ordinary skill in the art upon review of the following detailed description and claims.

5    DETAILED DESCRIPTION

Diclectin™ consists of a mixture of two pharmaceutical substances in approximately equal proportions together with a pharmaceutically acceptable carrier. The two pharmaceutical substances are
10   Doxylamine succinate, an antihistamine, and Pyridoxine HCl, which is Vitamin B6. The shorthand chemical formulas of the substances are illustrated below:



Doxylamine succinate                    Pyridoxine HCl

The precise mechanism of how Diclectin™ is effective for
15   treating the symptoms of morning sickness and hyperemesis gravidarum remains unknown. It is generally agreed that there is a synergistic effect between the two active ingredients found in Diclectin™. Diclectin™ is known to be prescribed in delayed release tablet form; each tablet

EST

DCH-0000053

2139896

- 8 -

containing 10mg of each of Doxylamine succinate and
Pyridoxine HCl, for pregnant women suffering from the
symptoms of morning sickness or hyperemesis gravidarum
during the first few weeks of pregnancy.  The dosage is
5    usually 1-4 tablets daily.

      Diclectin™ is not known as a general
antinauseant agent.  However, it was surprisingly found
that Diclectin™ can be used for effectively controlling
the symptoms of nausea and vomiting experienced by
10   terminally ill patients without the debilitating side-
effects encountered with other antinauseant agents, such
side effects as trembling, low blood pressure, mobility
decrease, rigidity, negative cardiac effects, confusion,
vertigo, etc.  It was also surprisingly found that when
15   patients poorly responded to other antinauseant agents
traditionally used for patients suffering from a terminal
illness, those patients often did respond to Diclectin™.
It was also surprisingly found that following examples
given for illustrative purposes demonstrate the novel use
20   of Diclectin™ among terminally ill patients suffering
from excessive nausea and vomiting.


EXPERIMENTAL

      The following examples are given solely for
illustrative purposes and to demonstrate the novel use of
25   Diclectin™ among terminally ill patients suffering from
excessive nausea and vomiting.

DCH-0000054

2139896

- 9 -

### Example 1

A female patient, 50 years of age, had an advanced form of colon carcinoma. At the time of diagnosis, the carcinoma was disseminated through her
5   pelvis and abdomen. She suffered from pain but also from extreme and debilitating nausea and vomiting. Her nausea and vomiting had forced her to remain hospitalized for extended periods of time although the rate of progression of her disease would have allowed to perform some normal
10   activities for a few months. She was poorly responsive to traditional antinauseants such as gastro-intestinal motility agents, for example, Maxeran™ or Motilium™ or phenothiazines. Diclectin™ was then administered to her in an effort to control her nausea and vomiting. She
15   took 40mg in tablet form at night and 20mg also in tablet form in the morning. She showed a dramatic improvement and was, a short while later, able to go home and resume some normal activities by taking Diclectin™ for approximately four months. She was even able to enjoy
20   her sailboat a few times during that summer. It is noted that at one point during her Diclectin™ therapy, feeling better, she attempted to discontinue the use of Diclectin™ only to find a resurgence of her nausea and vomiting. She resumed taking Diclectin™ and was soon
25   cleared again of her nausea and vomiting problem.

WEST

DCH-0000055

2139896

- 10 -

Example 2

A male patient, 74 years of age, diagnosed with
carcinoma of the prostate and metastatic disease to his
bones.  Not only did he experience pain but he had a
5   severe problem of nausea.  He would be nauseated upon
waking up to about noon and would then feel somewhat
better as the day went on.  It was not determined why the
patient was nauseated.  He was poorly responsive to
traditional antinauseants.  Diclectin™ was administered
10  to him in small doses of 20mg.   In the space of
approximately 4 days, he showed a dramatic improvement.
He was not able to leave the hospital because of the
advanced state of his disease but during the two weeks
prior to his death, he was able to take fluids and did
15  not experience that terrible feeling of nausea which had
afflicted him prior to taking Diclectin™.


Example 3

A female patient, diagnosed with breast cancer.
She frequently was plagued by bouts with nausea and
20  vomiting.   She was initially treated with a
phenothiazines (Stemetil™) to which she responded poorly
because of the adverse side extra-pyramidal reactions
including tremor, rigidity, etc. which made her appear to
be developing Parkinson's disease.  The phenothiazine
25  therapy was discontinued and replaced by Diclectin™.

WEST

2139896

- 11 -

Shortly thereafter, in the space of approximately one
week, the patient's nausea was controlled and the extra-
pyramidal effects of the previous medication were gone.


5          Although the invention has been described above
with respect with one specific form, it will be evident
to a person skilled in the art that it may be modified
and refined in various ways.  It is therefore wished to
have it understood that the present invention should not
be limited in scope, except by the terms of the following
10   claims.

DCH-0000057

2139896

- 12 -

The embodiments of the invention in which an exclusive property or privilege is claimed are defined as follows:

5          1.   The use of a therapeutically effective amount of a mixture of Doxylamine succinate and Pyridoxine HCl in approximately equal weight ratios for preventing and suppressing the symptoms of nausea and vomiting in terminally ill humans.

10          2.   The use of claim 1 wherein said therapeutically effective amount of a mixture of Doxylamine succinate and Pyridoxine HCl in approximately equal weight ratios is administered orally together with a pharmaceutically acceptable carrier.

15          3.   The use of claim 1 wherein said therapeutically effective amount of a mixture of Doxylamine succinate and Pyridoxine HCl in approximately equal weight ratios is administered as a rectal suppository.

20          4.   The use of claim 1 wherein said therapeutically effective amount of a mixture of Doxylamine succinate and Pyridoxine HCl in approximately equal weight ratios is administered intravenously.

2139896

- 13 -

5.   The use of any of the preceding claims
wherein said terminally ill humans suffer from cancer.

6.   The use of any of claims 1 to 4 wherein
said terminally ill humans suffer from acquired immunity
deficiency syndrome (A.I.D.S.).

7.   The use of any of claims 1 to 4 wherein
said mixture of Doxylamine succinate and Pyridoxine HCl
in approximately equal weight ratios is administered 1 to
4 times daily, each daily dose consisting of 20-240mg.

DCH-0000059

Page 1 of 2

| VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) AND 1.27 (c)) - SMALL BUSINESS CONCERN | Docket No. AML/11621.20 |

| Serial No. 09/885,051 | Filing Date 06/21/01 | Patent No. | Issue Date |

Applicant/ Patentee:   **Éric Gervais**

Invention:   **RAPID ONSET FORMULATION**

*(stamp: OIPE — NOV 1 5 2001 — PATENT & TRADEMARK OFFICE)*

*OK to Enter*

I hereby declare that I am:

☐   the owner of the small business concern identified below:

☒   an official of the small business concern empowered to act on behalf of the concern identified below:

NAME OF CONCERN:  **DUCHESNAY INC.**

ADDRESS OF CONCERN:  **2925 boulevard Industriel, Laval, Québec, Canada H7L 3W9**

I hereby declare that the above-identified small business concern qualifies as a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons.  For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and remain with the small business concern identified above with regard to the above identified invention described in:

☐   the specification filed herewith with title as listed above.

☒   the application identified above.

☐   the patent identified above.

If the rights held by the above-identified small business concern are not exclusive, each individual, concern or organization having rights to the invention is listed on the next page and no rights to the invention are held by any person, other than the inventor, who could not qualify as an independent inventor under 37 CFR 1.9(c) or by any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Copyright 1994 Legalsoft          P05/REV01          **Patent and Trademark Office-U.S. DEPARTMENT OF**

DCH-0000060



DCH-0000061

6340695



FIG. 1

% Dissolution

Time (min)

DCH-0000062

OIPE
NOV 1 5 2001
PATENT & TRADEMARK OFFICE

1D09-885051

DCH-0000063



DCH-0000064



DCH-0000065



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

GOUDREAU GAGE DUBUC
STOCK EXCHANGE TOWER SUITE 3400
800 SQUARE- VICTORIA
P.O. BOX 242
MONTREAL PQ H7L 4N9
CANADA

AIR MAIL

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/885,051 | 06/21/01 | 030 | HENLEY III, R | 1614 | 08/22/01 |

| First Named Applicant | GERVAIS, | | 35 USC 154(b) term ext. = | 0 Days. | |

TITLE OF INVENTION RAPID ONSET FORMULATION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1 AML/11621.20 | 514-345.000 | K86 | UTILITY | NO | $1240.00 | 11/23/01 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u>**

**HOW TO RESPOND TO THIS NOTICE:**

Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
fees when due.**

**PATENT AND TRADEMARK OFFICE COPY**

OL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

DCH-0000066

**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with applicable fees, to:   **Box ISSUE FEE**
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

NOV 1 5 2001

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

HM12/0822

GOUDREAU GAGE DUBUC
STOCK EXCHANGE TOWER-SUITE 3400
800 SQUARE- VICTORIA
P.O. BOX 242
MONTREAL PQ H7L 4W9
CANADA

AIR MAIL

AIR MAIL

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/885,051 | 06/21/01 | 030 | HENLEY III, R | 1614 | 08/22/01 |

First Named Applicant   GERVAIS,      35 USC 154(b) term ext. =   0 Days.

TITLE OF INVENTION   RAPID ONSET FORMULATION

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 1 | AML/11621.20 | 514-345.000 | K86 | UTILITY | Yes / NO | $640.00 / $1240.00 | 11/23/01 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1   Goudreau Gage Dubuc

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE   DUCHESNAY INC.

(B) RESIDENCE (CITY & STATE OR COUNTRY)   2925, boul. Industriel
Laval, Québec, Canada, H7L 3W9

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ Individual   ☒ corporation or other private group entity   ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒☒ Issue Fee
☐ Advance Order - # of Copies

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER _____
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☐ Issue Fee
☐ Advance Order - # of Copies

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)

(Date)   NOV 13/2001

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

11/16/2001 ASGINE2 00000008 09885051

01 FC:1242    640.00 OP

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033     Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

DCH-0000067

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

☒ no such person, concern or organization exists.

☐ each such person, concern or organization is listed below.

FULL NAME
ADDRESS
_____

☐ Individual ☐ Small Business Concern ☐ Nonprofit Organization

FULL NAME
ADDRESS
_____

☐ Individual ☐ Small Business Concern ☐ Nonprofit Organization

FULL NAME
ADDRESS
_____

☐ Individual ☐ Small Business Concern ☐ Nonprofit Organization

FULL NAME
ADDRESS
_____

☐ Individual ☐ Small Business Concern ☐ Nonprofit Organization

Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING:   Éric Gervais

TITLE OF PERSON SIGNING

OTHER THAN OWNER:

ADDRESS OF PERSON SIGNING:   2526 Boul des oiseaux
LAVAL Québec
H7L 4wq

SIGNATURE: _____   DATE: _____

Patent and Trademark Office-U.S. DEPARTMENT OF



US006340695B1

## (12) United States Patent
### Gervais

(10) Patent No.: **US 6,340,695 B1**
(45) Date of Patent: **Jan. 22, 2002**

(54) **RAPID ONSET FORMULATION**

(75) Inventor: **Eric Gervais**, Laval (CA)

(73) Assignee: **Duchesnay Inc.**, Laval (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/885,051**

(22) Filed: **Jun. 21, 2001**

(51) Int. Cl.$^7$ ........................................ **A61K 31/44**
(52) U.S. Cl. ............................ **514/345**; 514/357
(58) Field of Search ............................ 514/345, 357

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

6,013,280 A * 1/2000 Frisbee et al. ............... 424/464

#### FOREIGN PATENT DOCUMENTS

CA        2139896        * 11/1996

* cited by examiner

*Primary Examiner*—Raymond Henley, III
(74) *Attorney, Agent, or Firm*—Goudreau Gage Dubuc

(57) **ABSTRACT**

Provided herein is a novel enterically-coated pyridoxine HCl and doxylamine succinate rapid onset formulation comprising a disintegrating agent such that the following dissolution profiles are satisfied when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm:

(a) at least about 40% of the total pyridoxine HCl and doxylamine succinate is dissolved after 30 minutes of measurement;

(b) at least about 70% of the total pyridoxine HCl and doxylamine succinate is dissolved after 60 minutes of measurement;

(c) at least about 80% of the total pyridoxine HCl and doxylamine succinate is dissolved after 90 minutes of measurement;

(d) at about 90% of the total pyridoxine HCl and doxylamine succinate is dissolved after 120 minutes of measurement.

Preferably the formulation will contain a core coated with at least one enteric coating, the core comprising pyridoxine HCl, doxylamine succinate and the following non-active excipients: a filler or binder, a disintegrating agent, a lubricant, a silica flow conditioner and a stabilizing agent.

**30 Claims, 2 Drawing Sheets**



DCH-0000070



DCH-0000071

US 6,340,695 B1

**1**

## RAPID ONSET FORMULATION

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates to a rapid onset formulation, preferably in form of an enterically coated tablet, for a medicament comprising a synergistic duo of active ingredients namely, doxylamine succinate and pyridoxine HCl, hereinafter referred to as "DS-P". DS-P is useful in the treatment of nausea and vomiting, especially, but not limited to, during pregnancy, hereinafter referred to as "NVP". Thus the present invention is concerned with all known and future therapeutic indications of DS-P.

#### 2. The Prior Art

Pharmaceutical formulations of DS-P are known. The current formulation, commercially available in Canada under the name Diclectin (Duchesnay Inc.) comprises the following active ingredients: pyridoxine HCl and Doxylamine succinate. It additionally comprises the following excipients: lactose, microcrystalline cellulose, magnesium trisilicate, silicon dioxide and magnesium stearate.

Diclectin is the world's most studied drug in regard to its safety during pregnancy. Because of its excellent safety profile, Diclectin is the drug of choice for the treatment of NVP. The current formulation is sugar coated and suffers from drawbacks, one of which being its delayed onset of action. However, the current formulation once ingested, can take more than 4 hours before the two active ingredients (pyridoxine HCl and doxylamine succinate) reach nearly full dissolution in the small intestines, where it is absorbed. This delay is often considered too long for patients, such as women suffering from NVP, who require urgent relief of symptoms.

Another drawback of the current formulation is related to patient compliance. Women suffering from NVP often complain of hyper olfaction, which means that various odors and tastes can trigger nausea or vomiting problems. The smell and taste of sugar on the current sugar coated formulation as well as the use of organic solvents and phthalates in the preparation of the currently used enteric coating, bothers many pregnant women to the point where the intake of the drug is essentially inhibited.

The size of the currently available tablet is also problematic. A smaller size tablet would improve patient compliance since women suffering from NVP often have problems swallowing. Furthermore, a smaller tablet looks less harmful than a bigger one and patients will have the impression that they are taking a lesser amount of drug. This will in turn significantly increase patient compliance.

Finally, the current formulation contains lactose. This is objectionable for those patients suffering from lactose intolerance.

Thus, it is desirable to provide patients suffering from nausea and vomiting an improved rapid onset formulation overcoming the drawbacks of the prior art.

However, since DS-P is orally delivered as an enteric coated tablet, the novel oral formulation must transit through the stomach unscathed and rapidly release both active ingredients once the dosage form reaches its intended destination, namely the intestines.

The main challenge surmounted by the present invention was to arrive at a dosage form capable of overcoming the drawbacks of the prior art while simultaneously delivering the synergistic duo of active ingredients for rapid onset. It was also important to provide a formulation exhibiting

**2**

similar dissolution curves for both active ingredients so as to avoid the dissolution of one active ingredient to the detriment of the other. This was important in view of the synergistic therapeutic effect of the duo of active ingredients.

### SUMMARY OF THE INVENTION

In general terms, the invention provides a new aqueous enteric-coated formulation comprising DS-P, the formulation exhibiting a dissolution profile indicative of a rapid onset.

The invention also seeks to provide a pharmaceutical composition having specific in-vitro dissolution profiles indicative of rapid onset of the active ingredients. The pharmaceutical composition being suitable for simple and reproducible manufacture.

Further scope of applicability will become apparent from the detailed description given hereinafter. It should be understood however, that this detailed description, while indicating preferred embodiments of the invention, is given by way of illustration only, since various changes and modifications within the spirit and scope of the invention will become apparent to those skilled in the art.

### DESCRIPTION OF THE DRAWINGS

FIG. 1 depicts two examples of dissolution profiles in accordance to the rapid onset formulation of the present invention in comparison to a dissolution profile of the prior art formulation. The first dissolution profile (example 1) corresponds to a rapid onset formulation from which nearly 100% of both active ingredients is released within 45 minutes. The second dissolution profile (example 2) corresponds to a rapid onset formulation from which approximately 95% of both active ingredients is released within 120 minutes. The last and comparative dissolution profile (prior art) corresponds to the currently available formulation from which approximately 100% of the pyridoxine HCl and approximately 90% of the doxylamine succinate is released within 240 minutes.

FIG. 2 is a schematic flowchart of the preferred manufacturing process of a preferred formulation in accordance with the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

Other objects and attendant features of the present invention will become readily appreciated, as the same becomes better understood by reference to the following detailed description of a preferred embodiment described for the purpose of illustration.

In a broad sense, the invention provides a rapid onset formulation comprising pyridoxine HCl and doxylamine succinate.

The formulation of the present invention may be used in the human and veterinary fields of medicine whenever symptoms of nausea and/or vomiting require medical intervention. Since the formulation of the present invention is intended for medicinal purposes, then the formulation and its components should be pharmaceutically acceptable. The preferred formulation is in the form of an oral dosage form such as a tablet, pill or encapsulated beads or solution. The most preferred formulation is a tablet.

The tablet of the present invention is preferably capable of transiting through the stomach unscathed. To test this feature, the tablet of the present invention was tested to resist

DCH-0000072

US 6,340,695 B1

3

disintegration in simulated gastric fluid "SGF" for a mini-
mum period of 1 hour.

In accordance with the present invention, the formulation
will satisfy the following dissolution profiles when mea-
sured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in
a type 2 dissolution apparatus at 100 rpm; preferably mea-
sured by high performance liquid chromatography:

(a) at least about 40% of the total amounts of each of
pyridoxine HCl and doxylamine succinate are dis-
solved after 30 minutes of measurement;

(b) at least about 70% of the total amounts of each of
pyridoxine HCl and doxylamine succinate are dis-
solved after 60 minutes of measurement;

(c) at least about 80% of the total amounts of each of
pyridoxine HCl and doxylamine succinate are dis-
solved after 90 minutes of measurement;

(d) at least about 90% of the total amounts of each of
pyridoxine HCl and doxylamine succinate are dis-
solved after 120 minutes of measurement;

In the present invention, any reference to dissolution
profile should be construed as referring to the results of a
dissolution test in which the amount of pyridoxine HCl and
of doxylamine succinate released is measured in 1000 ml
phosphate buffer at pH 6.8 and 37° C. using a USP (United
States Pharmacopoeia) type 2 dissolution apparatus at 100
rpm; preferably measured by high performance liquid chro-
matography.

As used herein and in the claims, an "enteric coating" is
understood to mean a coating comprising one or more layers
generally resistant to disintegration in human gastric fluids,
but which will disintegrate in human intestinal fluids, as well
as coatings which disintegrate very slowly in human gastric
fluids, but more rapidly in human intestinal fluids. In a broad
sense, "enteric coating" can encompass for example any seal
coat placed on the compressed core of a tablet prior to the
enteric coating per se as well as any finishing aesthetic coat
placed on the enteric coating per se.

In a preferred embodiment, the formulation of the
present invention contains a core coated with an aqueous
enteric coating. The core comprises the active ingredients
pyridoxine HCl and doxylamine succinate along with non-
active excipients such as a filler or binder, a disintegrating
agent, a lubricant, a silica flow conditioner and a stabilizing
agent.

Examples of fillers or binders include acacia, alginic acid,
calcium phosphate (dibasic), carboxymethylcellulose, car-
boxymethylcellulose sodium, hydroxyethylcellulose,
hydroxypropylcellulose, hydroxypropylmethylcellulose,
dextrin, dextrates, sucrose, tylose, pregelatinized starch,
calcium sulfate, amylose, glycine, bentonite, maltose,
sorbitol, ethylcellulose, disodium hydrogen phosphate, diso-
dium phosphate, disodium pyrosulfite, polyvinyl alcohol,
gelatin, glucose, guar gum, liquid glucose, compressible
sugar, magnesium aluminum silicate, maltodextrin, polyeth-
ylene oxide, polymethacrylates, povidone, sodium alginate,
tragacanth, microcrystalline cellulose, starch, and zein. A
most preferred filler or binder consists of microcrystalline
cellulose.

Examples of disintegrating agents include alginic acid,
carboxymethylcellulose, carboxymethylcellulose sodium,
hydroxypropylcellulose (low substituted), microcrystalline
cellulose, powdered cellulose, colloidal silicon dioxide,
sodium croscarmellose, crospovidone, methylcellulose,
polacrilin potassium, povidone, sodium alginate, sodium
starch glycolate, starch, disodium disulfite, disodium
edathamil, disodium edetate, disodiumethylenediaminetet-

4

raacetate (EDTA) crosslinked polyvinylpyrrollidines, prege-
latinized starch, carboxymethyl starch, sodium carboxym-
ethyl starch, microcrystalline cellulose. A most preferred
disintegrating agent consists of sodium croscarmellose.

Examples of lubricants include calcium stearate, canola
oil, glyceryl palmitostearate, hydrogenated vegetable oil
(type I), magnesium oxide, magnesium stearate, mineral oil,
poloxamer, polyethylene glycol, sodium lauryl sulfate,
sodium stearate fumarate, stearic acid, talc and, zinc
stearate, glyceryl behapate, magnesium lauryl sulfate, boric
acid, sodium benzoate, sodium acetate, sodium benzoate/
sodium acetate (in combination), DL leucine. A most pre-
ferred lubricant consists of magnesium stearate.

Examples of silica flow conditioners include colloidal
silicon dioxide, magnesium aluminum silicate and guar
gum. A most preferred silica flow conditioner consists of
silicon dioxide.

Examples of stabilizing agents include acacia, albumin,
polyvinyl alcohol, alginic acid, bentonite, dicalcium
phosphate, carboxymethylcellulose,
hydroxypropylcellulose, colloidal silicon dioxide,
cyclodextrins, glyceryl monostearate, hydroxypropyl
methylcellulose, magnesium trisilicate, magnesium alumi-
num silicate, propylene glycol, propylene glycol alginate,
sodium alginate, carnauba wax, xanthan gum, starch,
stearate(s), stearic acid, stearic monoglyceride and stearyl
alcohol. A most preferred stabilizing agent consists of mag-
nesium trisilicate.

In a preferred embodiment, the core of the new rapid
onset Diclectin formulation will contain approximately
about 4 to 10%, most preferably about 7% by weight of
pyridoxine HCl; about 4 to 10%, most preferably about 7%
by weight of doxylamine succinate; about 40 to 80%, most
preferably about 62% by weight of microcrystalline cellu-
lose; about 10 to 30%, most preferably about 18% by weight
of magnesium trisilicate; about 0.5 to 5%, most preferably
about 1% by weight of silicon dioxide; 0.5 to 5% most
preferably about 3% by weight of sodium croscarmellose
and about 0.5 to 5%, most preferably about 3% by weight of
magnesium stearate.

EXAMPLE 1

The following is an example of a 145 mg Diclectin rapid
onset core formulation:

TABLE 1

| | | | |
|---|---|---|---|
| Core Ingredients: | | | |
| Ingredients | Weight Mg/Tab. | Weight %/Tab. | Batch size 100 kg |
| Doxylamine Succinate | 10.0 | 6.9 | 6.897 |
| Pyridoxine HCl | 10.0 | 6.9 | 6.897 |
| Magnesium trisilicate | 26.4 | 18.2 | 18 207 |
| Microcrystalline Cellulose PH 102 | 90.0 | 62.1 | 62.069 |
| Sodium Croscarmellose Type A | 3.6 | 2.5 | 2.483 |
| Magnesium Stearate | 4.0 | 2.8 | 2.759 |
| Silicon Dioxide NF | 1.0 | 0.7 | 0.690 |
| Total: | 145.0 | 100 | 100 |

The core can then be enterically coated with an aqueous
enteric coating which will allow the formulation to transit
through the stomach relatively unscathed while allowing
rapid dissolution in the intestines.

DCH-0000073

US 6,340,695 B1

5

The coating formulation can be as follows:

TABLE 2

Coating Formulation

| Ingredients | Weight Mg/Tab. | Weight % | Batch size 100 kg |
|---|---|---|---|
| | | Seal Coat | |
| Opadry ™ Clear YS-1-7472 | 4.82 | 3.33 | 3.327 |
| Purified Water USP | | | |
| Total: | 4.82 | 3.33 | 3.33 |
| | | Enteric Coat | |
| Estacryl ™ 30D Enteric Coating Solution* | 39.58 | 27.29 | 27.294 |
| Talc USP 200 Mesh | 2.85 | 1.97 | 1.968 |
| Polyethylene Glycol 400 USP | 1.20 | 0.83 | 0.826 |
| Antifoam 1520 | 0.12 | 0.08 | 0.081 |
| Purified Water USP | | | |
| Total: | 16.04 | 30.17 | 30.17 |
| | | Finishing Coat | |
| Opadry ™ White YS-1-7003 | 1.61 | 1.11 | 1.108 |
| Purified Water USP | | | |
| Total: | 1.61 | 1.11 | 1.11 |

*Estacryl 30D Enteric Coating Solution contains 30% of solids. Therefore, the total actual enteric coating amounts to 11.07%.

Total coated tablet weight 167.47 mg.

The purpose of the seal coat is to provide a smooth surface for the enteric coating, thereby avoiding mounds, pits or crevasses wherein uneven amounts of enteric coating would be applied.

Dissolution Data

The rapid onset formulation of the previous example has exhibited in-vitro dissolution profiles as shown in Table 3 below, when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm. The numerical values are expressed as percentages of dissolved active ingredient in relation to starting quantities.

TABLE 3

Dissolution profiles

| | Run 1 | Run 2 | Run 3 | Run 4 | Run 5 | Run 6 | Avg. |
|---|---|---|---|---|---|---|---|
| Pyridoxine HCl | | | | | | | |
| 5 minutes | 20 | 2 | 0 | 77 | 79 | 79 | 43 |
| 10 minutes | 91 | 90 | 90 | 91 | 94 | 95 | 92 |
| 15 minutes | 96 | 96 | 94 | 94 | 95 | 96 | 95 |
| 30 minutes | 95 | 98 | 96 | 95 | 98 | 96 | 96 |
| 45 minutes | 97 | 96 | 97 | 94 | 99 | 98 | 97 |
| Doxylamine Succinate | | | | | | | |
| 5 minutes | 17 | 2 | 0 | 70 | 75 | 76 | 40 |
| 10 minutes | 90 | 87 | 89 | 89 | 97 | 96 | 91 |
| 15 minutes | 98 | 97 | 96 | 92 | 98 | 97 | 96 |
| 30 minutes | 97 | 98 | 96 | 94 | 99 | 97 | 97 |
| 45 minutes | 98 | 96 | 98 | 92 | 100 | 99 | 97 |

The extremely low dissolution values obtained after 5 minutes for runs 1 to 3, can be explained by the non-disintegration of the core formulation at the 5 minute interval.

Example of method of manufacture

The formulation of the present invention was prepared using the ingredients shown in Table 1, above. Doxylamine

6

succinate and silicon dioxide NF are pre-blended in a 2 cu. Ft. V-Blender. The resulting pre-blend is then milled through a Quadro Co Mill, Model 196S, equipped with a 40 mesh screen.

Pyridoxine HCl is also milled through a Quadro Co Mill, Model 196S, equipped with a 40 mesh screen. The milled pyridoxine HCl is then combined with the doxylamine / silicon dioxide NF pre-blend and the combined mixture blended.

Microcrystalline Cellulose is milled through a 40 mesh screen and split into two approximately equal portions. One portion is subsequently combined in a 650L Gallay Bin with the previously formed pre-blend containing both the active ingredients, followed by the addition of the second portion. The loaded material is then blended followed by the addition of magnesium trisilicate and sodium croscarmellose. The newly formed mixture is blended. The addition of magnesium stearate followed by an additional blending completes the preparation of the core formulation.

The final blend is compressed in tablet form and is subsequently seal coated, enteric coated using a suitable commercially available aqueous enteric coating and top coated for aesthetics. The overall manufacturing process is depicted in FIG. 2.

All coating steps using the ingredients of Table 2, namely, the seal coat on the core, the enteric coating and the opadry white (color coat) are advantageously performed in a Vector Hi (trade-mark) coater pan equipped with a peristaltic pump.

EXAMPLE 2

The following is another example of a 146 mg Diclectin rapid onset core formulation. The formulation was manufactured along the same manufacturing methods as described above in example 1. This example demonstrates that the rapid onset feature of the formulation of the present invention was obtained with a different group of excipients.

TABLE 4

Core Ingredients:

| Ingredients | Weight Mg/Tab. | Weight %/Tab. |
|---|---|---|
| Doxylamine Succinate | 10.5 | 7.2 |
| Pyridoxine HCl | 10.5 | 7.2 |
| Magnesium trisilicate | 30.0 | 20.6 |
| Microcrystalline Cellulose PH 102 | 65.0 | 44.5 |
| Calcium Phosphate (Dibasic) | 25.0 | 17.1 |
| Magnesium Stearate | 4.0 | 2.7 |
| Colloidal Silicon Dioxide | 1.0 | 0.7 |
| Total: | 146.0 | 100 |

The coating formulation can be as follows:

TABLE 5

Coating Formulation

| Ingredients | Weight/Tablet (Mg) |
|---|---|
| Opadry ™ White YS-1-7003 | 4.38 |
| Antifoam AF Emulsion | 0.07 |
| Sureteric YAE-6-18107 | 16.06 |
| Purified Water USP | |
| Opadry ™ Clear YS-1-7472 | 0.73 |

Total coated tablet weight 167.24 mg.

The rapid onset formulation of the previous example has exhibited in-vitro dissolution profiles as shown in Table 6

US 6,340,695 B1

7

below, when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm. The numerical values are expressed as percentages of dissolved active ingredient.

TABLE 6

| | Dissolution profiles: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Run 1 | Run 2 | Run 3 | Run 4 | Run 5 | Run 6 | Avg. |
| Pyridoxine HCl | | | | | | | |
| 15 minutes | 17 | 13 | 25 | 31 | 17 | 22 | 21 |
| 30 minutes | 31 | 28 | 60 | 63 | 36 | 43 | 43 |
| 45 minutes | 51 | 45 | 78 | 80 | 55 | 60 | 61 |
| 60 minutes | 69 | 64 | 88 | 89 | 67 | 72 | 75 |
| 75 minutes | 79 | 76 | 94 | 94 | 77 | 81 | 83 |
| 90 minutes | 84 | 84 | 97 | 97 | 83 | 87 | 89 |
| 105 minutes | 88 | 89 | 98 | 99 | 87 | 90 | 92 |
| 120 minutes | 91 | 93 | 98 | 98 | 89 | 92 | 93 |
| Doxylamine Succinate | | | | | | | |
| 15 minutes | 16 | 14 | 22 | 31 | 47 | 61 | 32 |
| 30 minutes | 31 | 27 | 64 | 63 | 38 | 40 | 44 |
| 45 minutes | 47 | 44 | 75 | 79 | 58 | 61 | 61 |
| 60 minutes | 71 | 61 | 90 | 85 | 68 | 74 | 75 |
| 75 minutes | 76 | 71 | 96 | 89 | 81 | 82 | 82 |
| 90 minutes | 85 | 80 | 101 | 88 | 83 | 81 | 86 |
| 105 minutes | 92 | 86 | 103 | 95 | 93 | 92 | 93 |
| 120 minutes | 93 | 88 | 101 | 96 | 96 | 95 | 95 |

It follows from these results that the novel formulation demonstrates a rapid onset as shown by its dissolution profile. Pyridoxine HCl presents an average dissolution profile of over 90% within 120 minutes of starting the measurements. Similarly, Doxylamine succinate displays an average dissolution profile of over 90% within 120 minutes of starting the measurements.

EXAMPLE 3

(Comparative example using prior art formulation)

The following is an example of the prior art Diclectin formulation. An example for a 146.2 mg tablet is provided. This example demonstrates a strikingly slower onset of dissolution in comparison to the present invention.

TABLE 7

| | Core Ingredients: | |
|---|---|---|
| Ingredients | Weight Mg/Tab. | Weight %/Tab. |
| Pyridoxine HCl | 11.0 | 7.5 |
| Doxylamine Succinate | 10.2 | 7.0 |
| Lactose NF | 25.0 | 17.1 |
| Microcrystalline Cellulose NF | 65.0 | 44.4 |
| Magnesium Trisilicate | 30.0 | 20.6 |
| Silicon Dioxide | 1.0 | 0.7 |
| Magnesium Stearate | 4.0 | 2.7 |
| Total: | 146.2 | 100 |

8

The coating formulation is as follows:

TABLE 8

| Coating Formulation |
|---|
| Ingredients |
| Coating Solution No. 714 |
| Coating Powder No. 303 |
| C.A.P. solution 10% |
| C.A.P. solution 5% |
| Gelatin Solution No. 105 |
| Dusting Powder No. 755 |
| White Smoothing Syrup |
| Sugar Syrup No. 111 |
| Opalux AS-7000-B white |
| Wax Solution No. 723 |

The current formulation of the previous example has exhibited in-vitro dissolution profiles as shown in Table 9 below, when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm. The numerical values are expressed as percentages of dissolved active ingredient.

TABLE 9

| | Dissolution profiles: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Run 1 | Run 2 | Run 3 | Run 4 | Run 5 | Run 6 | Avg. |
| Pyridoxine HCl | | | | | | | |
| 15 minutes | 9 | 11 | 18 | 11 | 16 | 12 | 13 |
| 30 minutes | 22 | 23 | 32 | 25 | 28 | 23 | 25 |
| 45 minutes | 37 | 34 | 45 | 39 | 42 | 34 | 38 |
| 60 minutes | 50 | 44 | 56 | 49 | 51 | 44 | 49 |
| 90 minutes | 69 | 63 | 73 | 69 | 67 | 63 | 67 |
| 120 minutes | 83 | 76 | 84 | 82 | 80 | 76 | 80 |
| 150 minutes | 94 | 86 | 91 | 91 | 86 | 86 | 89 |
| 180 minutes | 99 | 94 | 98 | 96 | 93 | 92 | 95 |
| 240 minutes | 93 | 93 | 100 | 100 | 99 | 101 | 98 |
| Doxylamine Succinate | | | | | | | |
| 15 minutes | 12 | 15 | 17 | 8 | 18 | 16 | 14 |
| 30 minutes | 17 | 21 | 31 | 18 | 27 | 30 | 24 |
| 45 minutes | 24 | 32 | 45 | 25 | 38 | 38 | 34 |
| 60 minutes | 34 | 41 | 56 | 36 | 46 | 49 | 44 |
| 90 minutes | 52 | 55 | 69 | 55 | 62 | 66 | 60 |
| 120 minutes | 69 | 65 | 75 | 68 | 71 | 75 | 71 |
| 150 minutes | 80 | 74 | 80 | 78 | 79 | 82 | 79 |
| 180 minutes | 82 | 78 | 86 | 82 | 80 | 84 | 82 |
| 240 minutes | 95 | 89 | 89 | 82 | 80 | 87 | 87 |

It follows from these results that the prior art formulation, exhibits a noticeably slower dissolution pattern when compared with the novel formulations. Indeed, after 90 minutes averages of only 60% doxylamine and 67% pyridoxine HCl are dissolved. A slower in-vivo dissolution profile is indicative of a delayed onset of action. The novel formulations, as depicted by examples 1 and 2, show markedly faster onset dissolution profiles resulting in a rapid onset of action. The new formulations overcome most, if not all of the drawbacks associated with the prior art.

The terms and descriptions used herein are preferred embodiments set forth by way of illustration only, and are not intended as limitations on the many variations which those of skill in the art will recognize to be possible in practicing the present invention. It is the intention that all variants whether presently known or unknown, that do not have a direct effect upon the way the invention works, are to be covered by the following claims.

US 6,340,695 B1

9

10

What is claimed is:

1. An enterically-coated pyridoxine HCl and doxylamine succinate rapid onset formulation comprising a disintegrating agent such that the following dissolution profiles are satisfied when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm:

(a) at least about 40% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 30 minutes of measurement;

(b) at least about 70% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 60 minutes of measurement;

(c) at least about 80% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 90 minutes of measurement;

(d) at least about 90% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 120 minutes of measurement.

2. An enterically-coated pyridoxine HCl and doxylamine succinate rapid onset formulation as in claim 1, wherein the following dissolution characteristics are also satisfied when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm:

(a) at least about 20% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 15 minutes of measurement;

(b) at least about 60% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 45 minutes of measurement;

(c) at least about 80% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved after 75 minutes of measurement.

3. The rapid onset formulation of claim 1, wherein at least about 40% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved within 5 minutes when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm.

4. The rapid onset formulation of claim 2, wherein at least about 40% of the total amounts of each of pyridoxine HCl and doxylamine succinate are dissolved within 5 minutes when measured in 1000 ml phosphate buffer at pH 6.8 and 37° C. in a type 2 dissolution apparatus at 100 rpm.

5. The rapid onset formulation of claim 1, wherein said formulation contains a core coated with at least one enteric coating, said core comprising pyridoxine HCl, doxylamine succinate and the following non-active excipients: a filler or binder, a disintegrating agent, a lubricant, a silica flow conditioner and a stabilizing agent.

6. The rapid onset formulation of claim 2, wherein said formulation contains a core coated with at least one enteric coating, said core comprising pyridoxine HCl, doxylamine succinate and the following non-active excipients: a filler or binder, a disintegrating agent, a lubricant, a silica flow conditioner and a stabilizing agent.

7. The rapid onset formulation of claim 5, wherein said filler or binder consists of microcrystalline cellulose.

8. The rapid onset formulation of claim 6, wherein said filler or binder consists of microcrystalline cellulose.

9. The rapid onset formulation of claim 5, wherein said disintegrating agent consists of sodium croscarmellose.

10. The rapid onset formulation of claim 6, wherein said disintegrating agent consists of sodium croscarmellose.

11. The rapid onset formulation of claim 5, wherein said lubricant consists of magnesium stearate.

12. The rapid onset formulation of claim 6, wherein said lubricant consists of magnesium stearate.

13. The rapid onset formulation of claim 5, wherein said silica flow conditioner consists of silicon dioxide.

14. The rapid onset formulation of claim 6, wherein said silica flow conditioner consists of silicon dioxide.

15. The rapid onset formulation of claim 5, wherein said stabilizing agent consists of magnesium trisilicate.

16. The rapid onset formulation of claim 6, wherein said stabilizing agent consists of magnesium trisilicate.

17. The rapid onset formulation of claim 1, wherein said core comprises:

(a) about 4–10% by weight of pyridoxine HCl;

(b) about 4–10% by weight of doxylamine succinate;

(c) about 40–80% by weight of microcrystalline cellulose;

(d) about 10–30% by weight of magnesium trisilicate;

(e) about 0.5–5% by weight of silicon dioxide;

(f about 0.5–5% by weight of sodium croscarmellose; and

(g) about 0.5–5% by weight of magnesium stearate.

18. The rapid onset formulation of claim 2, wherein said core comprises:

(a) about 4–10% by weight of pyridoxine HCl;

(b) about 4–10% by weight of doxylamine succinate;

(c) about 40–80% by weight of microcrystalline cellulose;

(d) about 10–30% by weight of magnesium trisilicate;

(e) about 0.5–5% by weight of silicon dioxide;

(f) about 0.5–5% by weight of sodium croscarmellose; and

(g) about 0.5–5% by weight of magnesium stearate.

19. The rapid onset formulation of claim 17, wherein said core comprises:

(a) about 7% by weight of pyridoxine HCl;

(b) about 7% by weight of doxylamine succinate;

(c) about 62% by weight of microcrystalline cellulose;

(d) about 18% by weight of magnesium trisilicate;

(e) about 1% by weight of silicon dioxide;

(f) about 3% by weight of sodium croscarmellose; and

(g) about 3% by weight of magnesium stearate.

20. The rapid onset formulation of claim 18, wherein said core comprises:

(a) about 7% by weight of pyridoxine HCl;

(b) about 7% by weight of doxylamine succinate;

(c) about 62% by weight of microcrystalline cellulose;

(d) about 18% by weight of magnesium trisilicate;

(e) about 1% by weight of silicon dioxide;

(f) about 3% by weight of sodium croscarmellose; and

(g) about 3% by weight of magnesium stearate.

21. The rapid onset formulation of claim 5, wherein said enteric coating(s) is (are) aqueous based.

22. The rapid onset formulation of claim 6, wherein said enteric coating(s) is (are) aqueous based.

23. The rapid onset formulation of claim 21, wherein said enteric coating consists of a seal coat applied to the core, an enteric coating per se applied on the seal coat and an aesthetic top coat applied on the enteric coating per se.

24. The rapid onset formulation of claim 22, wherein said enteric coating consists of a seal coat applied to the core, an enteric coating per se applied on the seal coat and an aesthetic top coat applied on the enteric coating per se.

25. A method of treating nausea and vomiting comprising administering a therapeutically effective amount of the rapid onset formulation of claim 1 to a patient in need thereof.

26. A method of treating nausea and vomiting comprising administering a therapeutically effective amount of the rapid onset formulation of claim 2 to a patient in need thereof.

DCH-0000076

US 6,340,695 B1

11

**27**. A method of treating nausea and vomiting during pregnancy comprising administering a therapeutically effective amount of the rapid onset formulation of claim **1**.

**28**. A method of treating nausea and vomiting during pregnancy comprising administering a therapeutically effective amount of the rapid onset formulation of claim **2**.

12

**29**. A medicament for attenuating the symptoms associated with nausea and vomiting consisting essentially of the formulation of claim **5**.

**30**. A medicament for attenuating the symptoms associated with nausea and vomiting consisting essentially of the formulation of claim **6**.

\* \* \* \* \*



FIGURE 1

DCH-0000078



*FIGURE 2*

DCH-0000079

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 2000

Application or Docket Number: 09885051

### CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 30 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 30 minus 20= | * 10 |
| INDEPENDENT CLAIMS | 1 minus 3 = | * |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

SMALL ENTITY TYPE ☐ OR OTHER THAN SMALL ENTITY

| RATE | FEE | OR | RATE | FEE |
|---|---|---|---|---|
| BASIC FEE | 355.00 | OR | BASIC FEE | 710.00 |
| X$ 9= | 90 | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL | 435 | OR | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | |

SMALL ENTITY OR OTHER THAN SMALL ENTITY

| RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | |

| RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | |

| RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/00)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
*U.S. GPO: 2000-460-706/30103

DCH-0000080

## CLAIMS ONLY

| | | SERIAL NO. | | FILING DATE | |
|---|---|---|---|---|---|

APPLICANT(S)

### CLAIMS

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | | | * | | * | | * | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. | | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | I | | | | | | 51 | | | | | | |
| 2 | | / | | | | | 52 | | | | | | |
| 3 | | / | | | | | 53 | | | | | | |
| 4 | | \ | | | | | 54 | | | | | | |
| 5 | | \ | | | | | 55 | | | | | | |
| 6 | | / | | | | | 56 | | | | | | |
| 7 | | / | | | | | 57 | | | | | | |
| 8 | | / | | | | | 58 | | | | | | |
| 9 | | / | | | | | 59 | | | | | | |
| 10 | | . | | | | | 60 | | | | | | |
| 11 | | \ | | | | | 61 | | | | | | |
| 12 | | / | | | | | 62 | | | | | | |
| 13 | | \ | | | | | 63 | | | | | | |
| 14 | | / | | | | | 64 | | | | | | |
| 15 | | / | | | | | 65 | | | | | | |
| 16 | | \ | | | | | 66 | | | | | | |
| 17 | | \ | | | | | 67 | | | | | | |
| 18 | | / | | | | | 68 | | | | | | |
| 19 | | / | | | | | 69 | | | | | | |
| 20 | | \ | | | | | 70 | | | | | | |
| 21 | | / | | | | | 71 | | | | | | |
| 22 | | / | | | | | 72 | | | | | | |
| 23 | | / | | | | | 73 | | | | | | |
| 24 | | \ | | | | | 74 | | | | | | |
| 25 | | / | | | | | 75 | | | | | | |
| 26 | | \ | | | | | 76 | | | | | | |
| 27 | | \ | | | | | 77 | | | | | | |
| 28 | | \ | | | | | 78 | | | | | | |
| 29 | | \ | | | | | 79 | | | | | | |
| 30 | | / | | | | | 80 | | | | | | |
| 31 | | | | | | | 81 | | | | | | |
| 32 | | | | | | | 82 | | | | | | |
| 33 | | | | | | | 83 | | | | | | |
| 34 | | | | | | | 84 | | | | | | |
| 35 | | | | | | | 85 | | | | | | |
| 36 | | | | | | | 86 | | | | | | |
| 37 | | | | | | | 87 | | | | | | |
| 38 | | | | | | | 88 | | | | | | |
| 39 | | | | | | | 89 | | | | | | |
| 40 | | | | | | | 90 | | | | | | |
| 41 | | | | | | | 91 | | | | | | |
| 42 | | | | | | | 92 | | | | | | |
| 43 | | | | | | | 93 | | | | | | |
| 44 | | | | | | | 94 | | | | | | |
| 45 | | | | | | | 95 | | | | | | |
| 46 | | | | | | | 96 | | | | | | |
| 47 | | | | | | | 97 | | | | | | |
| 48 | | | | | | | 98 | | | | | | |
| 49 | | | | | | | 99 | | | | | | |
| 50 | | | | | | | 100 | | | | | | |
| TOTAL IND. | I | | | | | | TOTAL IND. | | | | | | |
| TOTAL DEP. | 29 | | | | | | TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | 30 | | | | | | TOTAL CLAIMS | | | | | | |

*MAY BE USED FOR ADDITIONAL CLAIMS OR ADMENDMENTS

U.S.DEPARTMENT OF COMMERCE
Patent and Trademark Office

FORM PTO-2022 (1-98)

*U.S. GPO: 1998-443-593/89152

DCH-0000081



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 514 | 345 357 | 8/17/01 | PA |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | |
|---|---|
| Date | Exmr. |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 514 | 345 357 | 8/17/01 | PA |

(RIGHT OUTSIDE)

DCH-0000082



ATTACH
DISK/FICHE/CD-ROM
ENVELOPE
HERE

(RIGHT INSIDE)

DCH-0000083

## CLASSIFICATION NOTES

| Examiner/ Classifier | Class | Date | Initials |
|---|---|---|---|
|  |  |  |  |

DCH-0000084

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | J. G— | | 6/22/01 |
| O.I.P.E. CLASSIFIER | | 12 | 7/6 |
| FORMALITY REVIEW | Z A | 1120 | 8-13-01 |
| RESPONSE FORMALITY REVIEW | | | |

## INDEX OF CLAIMS

| | | | |
|---|---|---|---|
| ✓ .................................. Rejected | | N .................................. Non-elected |
| = .................................. Allowed | | I .................................. Interference |
| — (Through numeral)... Canceled | | A .................................. Appeal |
| ÷ .................................. Restricted | | O .................................. Objected |

| Claim Final | Original | Date | Claim Final | Original | Date | Claim Final | Original | Date |
|---|---|---|---|---|---|---|---|---|
| | | 8/7/01 | | 51 | | | 101 | |
| 1 | 1 | ✓ | | 52 | | | 102 | |
| 2 | 2 | | | 53 | | | 103 | |
| 3 | 3 | | | 54 | | | 104 | |
| 4 | 4 | | | 55 | | | 105 | |
| 5 | 5 | | | 56 | | | 106 | |
| 6 | 6 | | | 57 | | | 107 | |
| 7 | 7 | | | 58 | | | 108 | |
| 8 | 8 | | | 59 | | | 109 | |
| 9 | 9 | | | 60 | | | 110 | |
| 10 | 10 | | | 61 | | | 111 | |
| 11 | 11 | | | 62 | | | 112 | |
| 12 | 12 | | | 63 | | | 113 | |
| 13 | 13 | | | 64 | | | 114 | |
| 14 | 14 | | | 65 | | | 115 | |
| 15 | 15 | | | 66 | | | 116 | |
| 16 | 16 | | | 67 | | | 117 | |
| 17 | 17 | | | 68 | | | 118 | |
| 18 | 18 | | | 69 | | | 119 | |
| 19 | 19 | | | 70 | | | 120 | |
| 20 | 20 | | | 71 | | | 121 | |
| 21 | 21 | | | 72 | | | 122 | |
| 22 | 22 | | | 73 | | | 123 | |
| 23 | 23 | | | 74 | | | 124 | |
| 24 | 24 | | | 75 | | | 125 | |
| 25 | 25 | | | 76 | | | 126 | |
| 26 | 26 | | | 77 | | | 127 | |
| 27 | 27 | | | 78 | | | 128 | |
| 28 | 28 | | | 79 | | | 129 | |
| 29 | 29 | | | 80 | | | 130 | |
| 30 | 30 | ✓ | | 81 | | | 131 | |
| | 31 | | | 82 | | | 132 | |
| | 32 | | | 83 | | | 133 | |
| | 33 | | | 84 | | | 134 | |
| | 34 | | | 85 | | | 135 | |
| | 35 | | | 86 | | | 136 | |
| | 36 | | | 87 | | | 137 | |
| | 37 | | | 88 | | | 138 | |
| | 38 | | | 89 | | | 139 | |
| | 39 | | | 90 | | | 140 | |
| | 40 | | | 91 | | | 141 | |
| | 41 | | | 92 | | | 142 | |
| | 42 | | | 93 | | | 143 | |
| | 43 | | | 94 | | | 144 | |
| | 44 | | | 95 | | | 145 | |
| | 45 | | | 96 | | | 146 | |
| | 46 | | | 97 | | | 147 | |
| | 47 | | | 98 | | | 148 | |
| | 48 | | | 99 | | | 149 | |
| | 49 | | | 100 | | | 150 | |
| | 50 | | | | | | | |

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

8/13/01

DCH-0000085

09885051

06/21/01

INITIALS _____

JUL 06 0145

# CONTENTS

|  | | Date Received (Incl. C. of M.) or Date Mailed |  |  | Date Received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|---|---|
| 1. Application _____ papers. | | | 42. | | |
| 2. Sth. Allow. | 8/29/01 | | 43. | | |
| 3. SMALL ENTITY | 11-5-01 | | 44. | | |
| 4. | | | 45. | | |
| 5. | | | 46. | | |
| 6. | | | 47. | | |
| 7. | | | 48. | | |
| 8. | | | 49. | | |
| 9. | | | 50. | | |
| 10. | | | 51. | | |
| 11. | | | 52. | | |
| 12. | | | 53. | | |
| 13. | | | 54. | | |
| 14. | | | 55. | | |
| 15. | | | 56. | | |
| 16. | | | 57. | | |
| 17. | | | 58. | | |
| 18. | | | 59. | | |
| 19. | | | 60. | | |
| 20. | | | 61. | | |
| 21. | | | 62. | | |
| 22. | | | 63. | | |
| 23. | | | 64. | | |
| 24. | | | 65. | | |
| 25. | | | 66. | | |
| 26. | | | 67. | | |
| 27. | | | 68. | | |
| 28. | | | 69. | | |
| 29. | | | 70. | | |
| 30. | | | 71. | | |
| 31. | | | 72. | | |
| 32. | | | 73. | | |
| 33. | | | 74. | | |
| 34. | | | 75. | | |
| 35. | | | 76. | | |
| 36. | | | 77. | | |
| 37. | | | 78. | | |
| 38. | | | 79. | | |
| 39. | | | 80. | | |
| 40. | | | 81. | | |
| 41. | | | 82. | | |

(LEFT OUTSIDE)

DCH-0000086