IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DUCHESNAY INC. and DUCHESNAY USA INC., <br><br>  Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES FL, INC., ACTAVIS, INC., and ACTAVIS PHARMA INC., <br><br>  Defendants. | Case No. 1:14-cv-00912-SLR |

**DECLARATION OF THOMAS K. HEDEMANN IN SUPPORT
OF DEFENDANTS' CLAIM CONSTRUCTION BRIEF**

I, Thomas K. Hedemann, Esq., declare as follows:

1.     I am counsel with the law firm of Axinn, Veltrop & Harkrider LLP, attorneys for Defendants Actavis Laboratories Fl, Inc., Actavis, Inc., and Actavis Pharma Inc. ("Actavis") in the above-captioned case. As such, I have personal knowledge of the facts set forth herein.

2.     This Declaration is submitted in support of the Defendants' Claim Construction Brief submitted by Actavis.

3.     Attached as **Exhibit 1** is a true and correct copy of United States Patent No. 6,340,695.

4.     Attached as **Exhibit 2** is a true and correct copy of the Bendectin FDA Approved Drug Products page:

http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.DrugDetails

5.     Attached as **Exhibit 3** is a true and correct copy of R Bishai et al., *Critical Appraisal of Drug Therapy for Nausea and Vomiting of Pregnancy: II Efficacy and Safety of*

*Diclectin (doxylamine-B6)*, 7 The Canadian J. of Clinical Pharmacology (2000).

6. Attached as **Exhibit 4** is a true and correct copy of the expert declaration of Dr. Linda Felton.

7. Attached as **Exhibit 5** is a true and correct copy of excerpts from Aulton, M., *Pharmaceutics, The Science of Dosage Form Design,* Churchill Livingstone, New York (1988 & 2002).

8. Attached as **Exhibit 6** is a true and correct copy of excerpts from Joel, G. Hardman, et al., *Goodman and Gilman's the Pharmacological Basis of Therapeutics*, International edition, 10th edition, Mc Graw Hill (2001).

9. Attached as **Exhibit 7** is a true and correct copy of an excerpt from *Merriam-Webster's Collegiate Dictionary*, 10th ed. Springfield, Mass., (1993)

10. Attached as **Exhibit 8** is a true and correct copy of the FDA approved label for Diclegis.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 15, 2015

*[signature]*
Thomas K. Hedemann