# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DUCHESNAY INC. and DUCHESNAY USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES FL, INC., ACTAVIS, INC., and ACTAVIS PHARMA INC., <br><br> Defendants. | Case No. 1:14-cv-00912-SLR |

## SUPPLEMENTAL DECLARATION OF THOMAS K. HEDEMANN
## IN SUPPORT OF DEFENDANTS' SUR-REPLY CLAIM CONSTRUCTION BRIEF

I, Thomas K. Hedemann, Esq., declare as follows:

1. I am counsel with the law firm of Axinn, Veltrop & Harkrider LLP, attorneys for Defendants Actavis Laboratories Fl, Inc., Actavis, Inc., and Actavis Pharma Inc. ("Actavis") in the above-captioned case. As such, I have personal knowledge of the facts set forth herein.

2. This Supplemental Declaration is submitted in support of the Defendants' Sur-Reply Claim Construction Brief submitted by Actavis.

3. Attached as **Exhibit 11** is a true and correct copy of excerpts from Robert E. Notari ed., *Biopharmaceutics and Clinical Pharmacokinetics: An Introduction*, 4th ed., Marcel Dekker (1987).

4. Attached as **Exhibit 12** is a true and correct copy of excerpts from R.R. Levine et al, ed., *Pharmacology: Drug Actions and Reactions*, 7th ed., Parthenon Publishing (2000).

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 11, 2015

_Thomas Hedemann_
Thomas K. Hedemann