IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DUCHESNAY INC. and DUCHESNAY USA INC., <br><br>  Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES FL, INC., ACTAVIS, INC., ACTAVIS PHARMA, INC., and MYLAN PHARMACEUTICALS INC. <br><br>  Defendants. | C.A. No. 14-912 (SLR)(SRF) <br> (CONSOLIDATED) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the (1) *Rebuttal Expert Report of Kenneth Blank, M.D.*, (2) *Rebuttal Expert Report of Jason C. Umans, M.D., Ph.D.*, (3) *Expert Report of Ronald D. Snee, Ph.D.*, (4) *Rebuttal Expert Report of William F. Elmquist, Pharm.D., Ph.D.*, and (5) *Responsive Expert Report of Stephen R. Byrn, Ph.D.* were caused to be served **before 6:00 p.m.** on February 29, 2016, upon the following in the manner indicated:

### BY E-MAIL

RICHARDS, LAYTON & FINGER, P.A.

Steven J. Fineman
**fineman@rlf.com**

Jason J. Rawnsley
**rawnsley@rlf.com**

AXINN, VELTROP & HARKRIDER LLP

Jonathan A. Harris
**jharris@axinn.com**

Thomas K. Hedemann
**thedemann@axinn.com**

Chad A. Landmon
**clandmon@axinn.com**

        Joshua S. Reisberg
        **jreisberg@axinn.com**

        *Attorneys for Actavis Laboratories FL, Inc.,*
        *Actavis, Inc., and Actavis Pharma, Inc.*

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

| OF COUNSEL: | */s/ Stephen J. Kraftschik* |
|---|---|
| | Mary B. Graham (#2256) |
| Charles E. Lipsey | Derek J. Fahnestock (#4705) |
| FINNEGAN, HENDERSON, FARABOW, | Stephen J. Kraftschik (#5623) |
| GARRETT & DUNNER, LLP | Thomas Curry (#5877) |
| Two Freedom Square | 1201 N. Market Street |
| 11955 Freedom Drive | P.O. Box 1347 |
| Reston, VA 20190-5675 | Wilmington, DE 19899-1347 |
| (571) 203-2700 | (302) 658-9200 |
| | mgraham@mnat.com |
| Barbara R. Rudolph | dfahnestock@mnat.com |
| Barry W. Graham | skraftschik@mnat.com |
| Danielle A. Duszczyszyn | tcurry@mnat.com |
| Amanda L. Lutz |  *Attorneys for Duchesnay Inc.* |
| Danielle C. Pfifferling |  *and Duchesnay USA Inc.* |
| FINNEGAN, HENDERSON, FARABOW, | |
| GARRETT & DUNNER, LLP | |
| 901 New York Avenue, N.W. | |
| Washington, DC 20001-4413 | |
| (202) 408-4000 | |

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA 02210-2001
(617) 646-1600

Robert Stanley
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3263
(404) 653-6400

February 29, 2016