IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DUCHESNAY INC. and DUCHESNAY USA INC., Plaintiffs, v. ACTAVIS LABORATORIES FL, INC., ACTAVIS, INC., ACTAVIS PHARMA, INC., and MYLAN PHARMACEUTICALS INC. Defendants. | ) | C.A. No. 14-912 (SLR)(SRF) (CONSOLIDATED) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of the (1) *Rebuttal Expert Report of Kenneth Blank, M.D.*, (2) *Rebuttal Expert Report of Jason C. Umans, M.D., Ph.D.*, (3) *Expert Report of Ronald D. Snee, Ph.D.*, (4) *Rebuttal Expert Report of William F. Elmquist, Pharm.D., Ph.D.*, and (5) *Responsive Expert Report of Stephen R. Byrn, Ph.D.* were caused to be served upon the following in the manner indicated:

**BY E-MAIL**

MORRIS JAMES LLP

Mary B. Matterer
**mmatterer@morrisjames.com**

PARKER POE

Melanie Black Dubis
**melaniedubis@parkerpoe.com**

Micheal L. Binns
**michealbinns@parkerpoe.com**

Karen L. Carroll
**karencarroll@parkerpoe.com**

Robert L. Florence
**robertflorence@parkerpoe.com**

*Attorneys for Mylan Pharmaceuticals Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen J. Kraftschik*

Mary B. Graham (#2256)
Derek J. Fahnestock (#4705)
Stephen J. Kraftschik (#5623)
Thomas Curry (#5877)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
dfahnestock@mnat.com
skraftschik@mnat.com
tcurry@mnat.com
*Attorneys for Duchesnay Inc. and Duchesnay USA Inc.*

OF COUNSEL:

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Barbara R. Rudolph
Barry W. Graham
Danielle A. Duszczyszyn
Amanda L. Lutz
Danielle C. Pfifferling
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA 02210-2001
(617) 646-1600

Robert Stanley
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3263
(404) 653-6400

March 1, 2016