## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DUCHESNAY INC. and DUCHESNAY USA INC.,<br><br>     Plaintiffs,<br><br>v.<br><br>ACTAVIS LABORATORIES FL, INC., ACTAVIS, INC., ACTAVIS PHARMA INC., and MYLAN PHARMACEUTICALS INC.<br><br>     Defendants. | Case No. 14-912-SLR-SRF<br>(Consolidated) |

### NOTICE OF DEPOSITION OF WILLIAM F. ELMQUIST

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants Actavis Laboratories FL, Inc., Actavis, Inc., Actavis Pharma Inc., and Mylan Pharmaceuticals Inc., will take the deposition by oral examination of William F. Elmquist.  The deposition will commence on April 29, 2016, at 9:00 a.m. at the offices of Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Avenue, NW, Washington, D.C. 20001, or at another mutually agreed place and time.

PLEASE TAKE FURTHER NOTICE that the deposition will be taken before a duly authorized notary public or other officer authorized to administer oaths at deposition, will be recorded by stenographic and/or videographic means, and will continue from day to day until completed.

You are invited to attend and participate.

/s/ Mary B. Matterer

Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Mylan Pharmaceuticals Inc.*

/s/ Jason J. Rawnsley

Steven J. Fineman (#4025)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19899
(302) 651-7700
fineman@rlf.com
rawnsley@rlf.com

*Attorneys for Defendants Actavis
Laboratories FL Inc., Actavis, Inc. and
Actavis Pharma Inc.*

Dated: April 8, 2016